1   Peter Afrasiabi, Esq. (Cal. Bar No. 193336)
        pafrasiabi@onellp.com
2   John Tehranian, Esq. (Cal. Bar No. 211616)
        jtehranian@onellp.com
3   Ian H. Gibson, Esq. (Cal. Bar No. 273444)
        igibson@onellp.com
4   **ONE LLP**
    4000 MacArthur Blvd.
5   West Tower, Suite 1100
    Newport Beach, CA 92660
6   Telephone:  (949) 502-2870
    Facsimile:   (949) 258-5081
7   www.onellp.com

8   Jessica M. Pena, Esq. (Ariz. Bar No: 024995)
        jessicap@torzo.com
9   6614 E. Tanque Verde
10  Tucson, AZ 85715
11  Telephone:  (520) 290-0910 x. 1103
    Facsimile:  (520) 258-4045
12  *Pending Pro Hac Vice Admission*

13  Attorneys for Plaintiff,
14  VENTURA CONTENT LTD.

15              **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17  VENTURA CONTENT, LTD,, an Anguilla       Case No.   CV11-05912 SVW (FMOx)
    corporation,
18                                           **COMPLAINT FOR:**
            Plaintiff,
19                                           1)  **DIRECT, CONTRIBUTORY**
                                                 **AND VICARIOUS COPYRIGHT**
20  v.                                            **INFRINGEMENT;**

21  MOTHERLESS, INC., a New York
    corporation; JOSHUA "JOSH" LANGE, an     2)  **UNLAWFUL, UNFAIR AND**
22  individual; and DOES 1-20, inclusive,         **FRAUDULENT BUSINESS**
                                                  **PRACTICES IN VIOLATION**
23                                                **OF CALIFORNIA BUSINESS**
            Defendants.                           **AND PROFESSIONS CODE**
24                                                **17200.**

25
26                                           **DEMAND FOR JURY TRIAL**
27
28

    19243.1                              1
                                    **COMPLAINT**

Plaintiff VENTURA CONTENT, LTD. by this Complaint hereby sues MOTHERLESS, INC., JOSHUA "JOSH" LANGE, and DOES 1 through 20 (collectively "Defendants"), alleging as follows:

## JURISDICTION AND VENUE

1.      This is an action for damages, declaratory and injunctive relief against Defendants for willful, direct, contributory and vicarious copyright infringement in violation of the Copyright Act of the United States, 17 U.S.C. §§ 101, *et seq.*, and for violations of California Business and Professions Code § 17200.  This Court has original jurisdiction of the federal question claims under 28 U.S.C. § 1331 and supplemental jurisdiction of the state law claims under 28 U.S.C. § 1367.

2.      Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(b).  Upon information and belief, Defendants all transact business in this Judicial District by way of their interactive website and through their interactivity with subscription and non-subscription based California members who have been offered the infringing and unlawful content at issue herein and who have, themselves, engaged in acts of infringement in this District and State.  Defendants are subject to the personal jurisdiction of this Court and are amenable to service of process pursuant to the California Long-Arm Statute, Cal. Code of Civ. Proc. § 413.10, and Fed. R. Civ. P. 4(e).

## PARTIES

3.      Ventura Content, Ltd. ("Ventura")  is an Anguilla corporation with its principal place of business in Anguilla.  Ventura owns the copyrights in certain adult-orientated content and distributes such content throughout the United States including California through affiliates and licensees located in the United States.  A majority of the content at issue in this case was produced in California in this District by Ventura's agent, which was, at all relevant times, licensed to do business in California, including specifically the content that was reproduced herein.  All of Ventura's content is hosted in this District, which content includes the materials infringed herein. The Primary market for Ventura's content is in the United States, and virtually all of its business operations relating to the

matters at issue in this case are conducted both in California in this District and in the United States through its affiliated companies and licensees.

4.     Ventura owns numerous copyrights and is one of the leading distributors of high quality adult videos.  Through its affiliates and related companies in the Unites States, it has invested and continues to invest hundreds of thousands of dollars annually to cultivate, distribute and protect its videos.  Ventura has invested time, money and resources in order to ensure the content it produces and distributes complies with the burdensome requirements of 18 U.S.C. § 2257.  Ventura has built and currently maintains databases and filing systems in order to comply with 18 U.S.C. § 2257.  Additionally, Ventura has implemented steps and procedures to prevent minors from accessing its content.

5.     Ventura, through its affiliated companies, distributes, publicly displays and performs these works (within the meaning of the Copyright Act), and/or licenses them for distribution and/or public performance: (a) through websites owned by its affiliated companies (such as www.pinkvisual.com and www.ipinkvisual.com) and a small number of other authorized Internet distributors ; (b) over smartphones and other mobile devices; (c) on DVD and other video formats; and (d) by telecast on pay-per-view television systems.  This content, including the content infringed herein, is hosted by Ventura in California and it is from these servers in part that the content at issue here was infringed on information and belief.

6.     Ventura's copyrighted content is distributed under the trademark "Pink Visual" and the websites owned and operated by its affiliated companies generate advertising and subscription revenue, as well as other benefits, from the Internet traffic advanced by the availability of Pink Visual-branded video content.

7.     Ventura owns the materials at issue herein, described as the "Works."  Ventura owns both the copyrights in these works as well as all of the constituent copyrighted elements contained therein including all new matter and preexisting materials (which consist exclusively of copyrighted videos also owned by Ventura).  A representative,

3
**COMPLAINT**

1   although not exhaustive, list of these valid copyrighted works infringed by Defendants

2   herein is attached to this Complaint as Exhibit A.

3                    **Defendants**

4        8.      On information and belief, Defendant Motherless, Inc. is the owner of the

5   website located at www.motherless.com. Motherless, Inc. is a New York corporation

6   located at 312 East 83rd Street, Number 2W, New York, NY 10028.

7        9.      On information and belief, defendant Joshua Lange is the owner and President

8   of Motherless, Inc. and resides at the same address as Motherless, Inc. identified above. On

9   information and belief, there is unity of interest and absence of respect for the proper

10  corporate formalities between, on the one hand, defendant Motherless, Inc. and, on the

11  other hand, Lange such that Lange is an alter ego of Motherless, Inc. In addition, as

12  alleged below, Lange is individually liable for the copyright infringements alleged herein

13  irrespective of any alter ego relationship with the corporate defendants.

14       10.     The true names or capacities, whether individual, corporate or otherwise, of

15  the Defendants named herein as DOES 1 through 20, inclusive, are unknown to Ventura,

16  who therefore sues said Defendants by such fictitious names. Ventura will ask leave of

17  Court to amend this Complaint and insert the true names and capacities of said Defendants

18  when the same have been ascertained. Ventura is informed and believes and, upon such,

19  alleges that each of the Defendants designated herein as a "DOE" is legally responsible in

20  some manner for the events and happenings herein alleged, and that Ventura's injuries and

21  damages as alleged herein were proximately caused by such Defendants.

22                    **DEFENDANTS' UNLAWFUL BUSINESS MODEL**

23       11.     Defendants, through their website www.motherless.com, among other things

24  seek to promote and encourage pedophilic fantasies by way of encouraging and creating

25  what it refers to as a "moral free zone" and proclaim that they "are not the moral police."

26  This so-called moral free zone includes chat room discussions of perverse and disgusting

27  child sexual fantasies, an example of which is attached as Exhibit B hereto.

28

19243.1
                                4
                           **COMPLAINT**

12.     Defendants' prominent logo on www.motherless.com includes the depiction of a mother holding a child's hand with a large red circle around it (and a seemingly ejaculating phallic symbol protruding from it) with a red line through the picture of the mother holding her child's hand as shown here:



13.     Defendants' other logo on www.motherless.com is that of a young girl sitting on a swing, (on the website the logo is moving in a swinging motion), wearing ballerina-styled shoes, a true and correct copy of which is provided here:

14.     In order to build its business, Defendants have incited millions of users to visit their site by exploiting copyrighted works for users to view and download and by purporting to be compliant with all federal and state laws.

15.     The exploited works have been produced by legitimate adult entertainment companies, including Ventura.  Motherless.com self-proclaims that it is the best "tube" site and recognizes that tube sites are built upon "ripped DVD porn," the latter being a techno-euphemism for pirated content and illegal infringements.  Exhibit C is a true and correct copy of a print out from the Defendant's website's "About Us" page discussing these facts.

16.     "Tube" sites are defined in the adult industry as third party websites that steal the copyrighted content of others and provide access to that content to the general public

1  for free.[1]  Fostering and countenancing this piracy of others' works on this "Tube Site" was

2  and is central to Defendants' business model in order to increase traffic numbers and

3  convert free members to paid members in and to the Tube sites' own "Premium" section.

4      17.    Defendant Motherless' Head Software Developer's profile picture, named

5  "headz," is that of a young girl making a vulgar gesture.  On information and belief,

6  Defendant Lange and The Head Content Administrator, an employee of Defendants, claim

7  to "scour the internet" for "interesting content to upload," another euphemism for stealing

8  the content of others.  Exhibit D is a true and correct copy of a print out from the

9  Defendants' website's "About Us" page detailing these facts.

10      18.    Defendants have built an infringement-driven business by "scour[ing] the

11  web" and uploading others content and encouraging users to upload adult video content in

12  order to drive traffic to www.motherless.com.  The traffic, in turn, generates both massive

13  advertising revenues as well as subscription fees from users.  In short, Defendants have

14  built a business by attracting internet users to its website by (i) illegally uploading

15  copyrighted works of legitimate adult content providers, such as Ventura's, and (ii)

16  encouraging third parties to illegally upload copyrighted works of others, encompassing the

17  infringement of Ventura's works, all of which created Defendants' traffic and a user base.

18      19.    As of July 18, 2011, according to Alexa.com, motherless.com was ranked

19  1,761 in worldwide traffic and 708 in US traffic.  A true and correct copy of Alexa's data is

20  attached as Exhibit E.  Since www.motherless.com was built off the backs of legitimate

21  content creators, such as Ventura, Defendants have generated significant revenues and have

22  had the ability to cater to its users' desires by providing them with a plethora of adult

23  content.  There is a direct causal connection between the presence of infringing works and

24  Defendants' income.

25

26

27      [1] It is important to note that the adult industry Tube site model is changing due to digital
video fingerprinting, which helps mitigate and, in some instances, completely avoids

28  pirating copyrighted content.  Defendants have intentionally chosen not to participate in
such efforts.

20.     Defendants have created a website "community" of users that has many members around the world, including California registered members/users as demonstrated in Exhibit F.

21.     Defendants have created a highly interactive website that:

(a)     Encourages user uploads and submissions of video and written content, membership registration, and chat rooms.

(b)     Provides a "dating" and "sex book" service for its members.

(c)     Provides streaming video cams and video content for users as well as a database of images that users and members can search, watch and download.

(d)     Maintains a rating system for users so users can upload their rating of content.

(e)     Has a user internal email system for users to communicate with other users through the system as opposed to through the (potentially monitored) internet communication channels normally used by consumers.

(f)     Allows users to form networked groups devoted to their preferred content or preferred fetishes and fantasies and interact therein.

22.     Defendants specifically encourage the anonymous uploading and downloading of adult video content through their entirely unlawful piracy business model as follows (among other things):

(a)     By encouraging and allowing consumers to upload content anonymously without the need to register or provide verification of name, identity, age, or other characteristics that would permit rightful owners to remedy illegal uploading.

(b)     By permitting consumers to download any content that has been previously uploaded to Defendants' site without the need to register or provide verification of name, identity, age, or other characteristics that would permit rightful owners to remedy illegal downloading.

19243.1

7

**COMPLAINT**

(c)     Defendants do not require an uploader to verify it owns the copyright to the content, nor do they require a downloader to verify it has the right to reproduce, copy, or disseminate the content.

(d)     Defendants intentionally do not employ any basic, industry-standard screening, digital finger print filtering or other filtering technologies, all of which technologies are readily available, industry-known and which technologies, if employed, could stop the upload of content that belongs to third parties.

23.     This intentional structure and scheme in turn facilitates the amassment of a large database of content that in turn attracts other users.  Exhibit G is a true and correct copy of the "FAQ" page of Defendant detailing this structure.

24.     Furthermore, Defendant Motherless failed to properly comply with DMCA requirements in order to claim the benefit of the safe-harbor.  Additionally, Defendant Lange has never registered as a Service Provider; he, therefore has no such DMCA safe-harbor defense.  Defendants themselves, upload content which, in turn, extinguishes any defense under the DMCA safe-harbor.

25.     Motherless.com has over 519,000 views *per day* according to the recognized internet data website ranking and data engine Cubestat.com.  Exhibit H is a true and correct copy of the Cubestat.com printout of this data (Cubestat.com is the recognized internet company that aggregates data on website rankings and traffic).  There are almost 200 million websites worldwide.

26.     This so–called user generated content on Motherless's "Tube" website includes uploaded content authored, created and owned by Ventura, which content has nothing to do with Motherless's website and business model and which content of Ventura's complies with all federal and state laws.  Defendants operate this website for the unlawful purpose, intention and objective that the website will be used for sharing, copying, reproducing, displaying and publicly performing the copyrighted works of others – works that carry commercial value and are in demand by consumers – in short for infringing activity.

19243.1

8

**COMPLAINT**

## **DEFENDANTS' ACTS OF DIRECT, CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT**

27.     At least nineteen distinct examples of Ventura's original, audiovisual, adult content have been uploaded, reproduced and publicly displayed on Defendant's website by Defendants, on information and belief, and offered for download to third parties who are then enabled and encouraged to infringe, all of which acts constitute direct, contributory and vicarious copyright infringement.  Copyright registrations for the Works are attached hereto as Exhibits I-AA.

28.     Ventura's content is thus being reproduced and displayed on Defendants' website and downloaded therefrom, each of which act is an act of copyright infringement, and which lawful content of Ventura is thus being used by Defendants to build its business and user base, some of whom access Defendants' website in order to obtain free adult content rather than pay for such content.

29.     Defendants divert revenues from Ventura when their users view Ventura's content on www.motherless.com, rather than viewing Ventura's content on the www.pinkvisual.com or www.ipinkvisual.com membership websites.  Defendants, in turn, hijack Ventura's views and clicks which in turn result in proceeds to Defendants rather than Ventura.

30.     Moreover, the public reproduction and display of Ventura's content on www.motherless.com provides the commercial impression that the content is sanctioned by Ventura to appear on the website and that Ventura is a source or sponsor of Defendants' website and commercial activities, all of which are false and constitute tarnishment of Ventura's name and the Pink Visual brand, as well as false designations of origin.

//
//
//

19243.1

9
**COMPLAINT**

**DEFENDANTS' FAILURE TO COMPLY WITH UNITED STATES CRIMINAL
LAWS REGARDING THE MAINTENANCE OF RECORDS AND LABELING
REQUIREMENTS RELATING TO SEXUALLY EXPLICIT CONTENT**

31.     Federal criminal law, 18 U.S.C. § 2257, mandates that whomever, *inter alia,* reproduces, publishes or assembles any sexually explicit film or video works, inserts sexually explicit images or works on a computer site or manages sexually explicit content on a computer site, all of which Defendants do, must maintain at their business premises individually identifiable records pertaining to each performer portrayed in sexually explicit conduct, which records include, via examination of legitimate identification documents, the name and date of birth of the performer.  18 U.S.C. § 2257(a), (b), (c), (h)(1) & (h)(2); 28 C.F.R. § 75.1(c), 75.2.  In addition, under subsection (e)(1) whomever produces such material must cause to be affixed to such copies (which is defined to include pages of websites) of such sexually explicit material a statement identifying where the records are maintained.  Additionally, under subsection 18 U.S.C. § 2257(f)(4) it is unlawful to knowingly transfer any content that is subject to § 2257 Regulations which does not have a statement describing where the records required to be kept by the producer of the sexually explicit content are located.

32.     Defendants purport to be § 2257 compliant but they are not because (1) they are a secondary producer as described herein and (2) because they do not properly meet the labeling requirements.

33.     **Secondary Producer:** Defendants, *inter alia,* select, edit, insert and manage sexually explicit content on www.motherless.com and further control how the sexually explicit content is assembled, published, organized and categorized on their website.  This is demonstrated by: (1) Defendants' policy that prevents users from uploading content directly to the website; all content is "reviewed by an admin" before it will "show up on [user's] profile[s]" wherein Defendants receive uploaded sexually explicit content, select the content they want to publish on their website, organize and categorize such content, remove watermarks on such content, and then insert the content on www.motherless.com;

19243.1
10
COMPLAINT

and (2) Defendant's admission that the Head Content Administrator, an employee of Defendants, "scour the internet" for "interesting content to upload" wherein Defendants choose infringing, sexually explicit content from legitimate content providers' websites, organize, assemble and categorize the content, remove watermarks and § 2257 labels from the content and insert the content on their website wherein the content becomes published.

34.     Defendants do not possess or maintain the records for Ventura's content, which content Defendants have publicly reproduced, displayed, transferred, managed, categorized, edited, inserted and offered for download on the www.motherless.com website.

35.     Indeed, on information and belief Defendants do not possess the requisite § 2257 records for most, if not all of the content it displays, rendering the totality of the business in violation of the law.

36.     **Labeling Requirements**:  Defendants purport that they are not "'producers' of any depictions of any actual or simulated sexually explicit conduct" and, therefore, are exempt under 18 U.S.C. § 2257 from maintaining the age verification documentation required.  In addition to being "producers" of sexually explicit content pursuant to § 2257, as outlined above, Defendants are also required to place a Compliance Statement ***describing where the records required under § 2257 are kept by the "producer"*** of the sexually explicit content.  Defendants' 18 U.S.C. § 2257-Record Keeping Requirements Compliance Statement fails to describe where the records are kept for the sexually explicit content on their website.

37.     Consumers are lured into Defendants' site because Defendants offer free, sexually explicit content that it is purportedly compliant.  As a result, consumers visit Defendants' site rather than Ventura's in order to view and download free, allegedly compliant content.

38.     Defendants' misrepresentation to the consuming public is unfair and unlawful as alleged herein, as are their failure to maintain the records and identify Ventura as the primary producer of the sexually explicit content.  Defendants' failure to identify Ventura

1  as the primary producer, as required under 18 U.S.C. § 2257(f)(4), is a continuum of
2  Defendants' hijacking of Ventura's customers/consumers and prevents Ventura from
3  receiving revenues derived from its content.  Defendants' unfair and illegal actions and
4  inaction have resulted in the loss of traffic and revenue to Ventura.

5      39.    Consumers are lured into Defendants' site because the content is free and it is
6  purportedly compliant and, therefore, they visit Defendants' site rather than Ventura's in
7  order to get free, allegedly compliant content.

8      40.    Additionally, Defendants have taken no protective steps to ensure the sexually
9  explicit content on the www.motherless.com website is not accessed by minors which
10  completely circumvents Ventura's efforts to prevent minors from accessing its content.

11     41.    This action follows for: (1) direct, contributory, and vicarious copyright
12  infringement under federal law for the illegal reproduction and public display of Plaintiff's
13  content; and (2) for injunctive relief for the violations of federal criminal law, to wit:
14  Defendants do not possess the lawful certificates and documentary proof required by 18
15  U.S.C. § 2257 and do not describe where the required records are kept and so this Court
16  should enter an injunction shutting down Defendants website and enjoining and prohibiting
17  Defendants from managing, controlling, inserting, selecting, editing, publicly displaying or
18  transferring any sexually explicit content subject to § 2257 for which Defendants do not
19  possess § 2257 records.

20                    **FIRST CLAIM FOR RELIEF**
21   (**For Direct, Contributory and Vicarious Copyright Infringement Against All**
22                  **Defendants and DOES 1-10**)

23     42.    Ventura incorporates here by reference the allegations in paragraphs 1 through
24  41 above.

25     43.    Ventura is the owner of all rights, title and interest in the copyrights to the
26  Works, which substantially consists of material wholly original with Ventura and which
27  constitutes viable copyright subject matter under the laws of the United States.  Ventura has

28

complied in all respects with the Copyright Act and all other laws of the United States governing copyrights.

44.     Defendants have directly, vicariously, and/or contributorily infringed and, unless enjoined, will continue to infringe Ventura's copyrights by exploiting, reproducing, distributing, and utilizing for purposes of trade unauthorized derivative versions of Ventura's copyrighted works and the copyrighted elements therein, in violation of 17 U.S.C. § 501 *et seq.*

45.     Defendants have willfully infringed, and unless enjoined, will continue to infringe, directly, contributorily and vicariously, Ventura's copyrights by knowingly exploiting, reproducing, distributing, and utilizing for purposes of trade and promotion unauthorized derivative versions of the copyrighted works and the copyrighted elements therein.  Indeed, Defendants knew full well that the Works were the creation of Ventura and not Defendants, that Defendants had no rights to the Works, and Defendants then undertook a scheme to infringe and misappropriate the Works for their own financial benefit and to the financial detriment of Ventura.

46.     Defendants have received substantial benefits in connection with the unauthorized exploitation, reproduction, distribution, public performance, and utilization for purposes of trade, and in the promotion of derivative versions of the copyrighted works of Ventura and the copyrighted elements therein.

47.     Ventura has not licensed or authorized Defendants' acts described herein, to wit: the reproduction, public dissemination, public performance, provision, encouragement and assistance to third parties in illegally reproducing the Works.

48.     The said wrongful acts of Defendants have caused, and continue to cause, great injury to Ventura, whose damages cannot be accurately computed at the present time, and unless this Court restrains Defendants from further commission of said acts, Ventura will suffer irreparable injury, for which they are without an adequate remedy at law.

49.     Accordingly, Ventura seeks a declaration that Defendants are infringing Ventura's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any

further infringement of Ventura's copyrights and an order impounding and destroying infringing material.

50.     As a result of the acts of Defendants alleged herein, Ventura has suffered and continues to suffer substantial damages to its businesses in the form of diversion of trade and loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

51.     Ventura is thus eligible for statutory damages of up to $150,000 per act of infringement plus attorneys' fees from Defendant Lange whose acts of direct, contributory and vicarious infringement described here post-date the filing of the copyright registration certificates.  Moreover, Ventura is also eligible for statutory damages of up to $150,000 per act of infringement plus attorneys' fees from Defendant Motherless, Inc. whose acts of direct, contributory and vicarious infringement described here post-date the filing of the copyright registration certificates and whose acts are not protected by the DMCA and any purported filing by Defendant Motherless thereunder, which acts of infringement were also performed by Defendants themselves.

## SECOND CLAIM FOR RELIEF

### (For Injunctive Relief Against All Defendants Under Cal. Bus. & Prof. Code 17200 Against All Defendants and DOES 11-20)

52.     Ventura incorporates herein by reference the allegations in paragraphs 1 through 51 above.

53.     Defendants have engaged in an unlawful, unfair and fraudulent business practices as outlined above in paragraphs 1 through 51 (the "unlawful acts").

54.     Ventura has suffered economic injury as a result of Defendants' conduct alleged herein, and Ventura has lost money and property as a result of the violations of § 17200.

55.     As a result of Defendants' unlawful acts, Ventura has suffered an economic injury whereby it has lost revenues from consumers who have been hijacked from Defendants by virtue of interposing itself between Ventura and Ventura's content and by

19243.1

failing to identify Ventura as the primary producer of the content.  Moreover, the detailed federal criminal regime that legitimate content providers such as Ventura must comply with imposes additional costs and burdens on Ventura.  Defendants' intentional and willful failure to comply with that federal regulatory regime with respect to all content it hosts (Ventura's and other content) allows it to offer pirated content that does not comply with § 2257 for free or at a substantial discount, thereby economically injuring Ventura who must bear heavy costs to comply with § 2257 and the copyright laws.  This in turn erodes profit margins and diverts revenues from Ventura.

56.    As a result of Defendants' unlawful acts, Ventura has lost property whereby, *inter alia*, sexually explicit content, internet traffic, clicks, and views, belonging to Ventura have been taken from Ventura, all resulting in loss of revenues to Ventura, and all of which revenues are received by Defendants as a proximate result of their unlawful scheme outlined herein.

57.    Ventura's property interests reputation and the reputation of its content have been diminished due to Defendants' unlawful acts.

58.    Ventura has had to incur legal and investigative costs and divert staff resources and financial resources to investigating Defendant's unlawful acts and the consequences thereof for Ventura's potential liability due to Defendants' non-compliance, and Ventura has had to pay higher premiums to sell its content (by way of price reductions) due to Defendants' unlawful practices.  Additionally Ventura has invested time, money and resources in order to ensure the content it produces and distributes complies with the burdensome requirements of 18 U.S.C. § 2257.  Ventura has built and currently maintains databases and filing systems in order to comply with 18 U.S.C. § 2257.

59.    As a result of these acts, Ventura is entitled to injunctive relief requiring Defendants to cease its unfair business practices outlined above as well as its unlawful business practices (which unlawful practices violate 18 U.S.C. § 2257).  These violations of the federal criminal laws are unlawful and illegal, per se, and so an injunction should be

issued requiring Defendants to take down any and all content that does not comply with the requirements of 18 U.S.C. § 2257, *et al* and 28 C.F.R. 75, *et al*.

## **PRAYER FOR RELIEF**

WHEREFORE, Ventura requests judgment against Defendants as follows:

1.     That Defendants be held liable to Ventura for actual damages and disgorgement of all profits derived by Defendant from their acts of copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) of the US Copyright Code;

2.     For an accounting of all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringe upon Ventura's copyrights pursuant to 17 U.S.C §§ 504 (a)(1) & (b);

3.     For an order requiring Defendants, its officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, promoting, advertising, distributing, displaying, or selling, or engaging in any other form of dealing or transaction in, any and all products that infringe, contributorily infringe, or vicariously infringe upon Ventura's copyrights;

4.     For an award of statutory damages of the maximum amount of $150,000 per infringed Work;

5.     For an order enjoining Defendants from their unlawful, unfair and fraudulent business practice of offering adult content not in compliance with 18 U.S.C. § 2257 and for an order requiring Defendants remove all content from their servers that is not § 2257 compliant;

6.     For prejudgment interest and costs; and

19243.1

16

**COMPLAINT**

7.      For other relief as the Court may deem just and appropriate.

Dated:  July 19, 2011                    **ONE LLP**

By: _____
        Peter Afrasiabi, Esq
        Attorneys for Plaintiff,
        VENTURA CONTENT LTD.

### DEMAND FOR JURY TRIAL

Ventura hereby demands trial by jury of all issues so triable under the law.

Dated:  July 19, 2011                    **ONE LLP**

By: _____
                    Peter Afrasiabi, Esq
                    Attorneys for Plaintiff,
                    VENTURA CONTENT LTD.

18
**COMPLAINT**

# Exhibit A – List of Infringed Works

|   | Copyright Registration Number | Short Title/Episode Number |
|---|---|---|
| 1 | PA0001665247 | HFLS048;<br>HFLS048;<br>HFLS029;<br>HFLS029;<br>HFLS029 |
| 2 | PA0001678354 | HFLS031;<br>HFLS031 |
| 3 | PA0001678341 | HFB199 |
| 4 | PA0001382750 | CST020 |
| 5 | PA0001382769 | CST043;<br>CST043 |
| 6 | PA0001676305 | CST116 |
| 7 | PA0001673993 | HCT033;<br>HCT033;<br>HCT033 |
| 8 | PA0001370626 | HFB044 |
| 9 | PA0001614615 | HFLS024;<br>HFLS024;<br>HFLS007 |
| 10 | PA0001340322 | HFLS030;<br>HFLS030 |
| 11 | PA0001340324 | HFLS038;<br>HFLS038 |
| 12 | PA0001676341 | WS005 |
| 13 | PA0001674016 | WS018 |
| 14 | PA0001676346 | WS016 |
| 15 | PA0001673990 | WS043 |
| 16 | PA0001674003 | WS051;<br>WS040 |
| 17 | PA0001669991 | WS038 |
| 18 | PA0001674005 | WS052 |
| 19 | PA0001677998 | WS055;<br>WS056 |

Home • About Us • Contact Us • FAQ • Premium                     Join • Login




Cams: Videos: Images: Groups: Galleries: Members: Boards: Chat: Upload | Dating: Sex Book:


Advertise Here!

| Confessions | Random | Motherless | Soapbox | Requests | Personals |
| Funny | Chicks |

Home • About Us • Contact Us • FAQ • **Premium**                                                              Join • Login





Videos   Images   Groups   Galleries   Members   Boards   Chat   Personals   Upload | Have an Affair!              Search...

## The Motherless Team

Thanks for stopping by and seeing who makes this site possible. In case you haven't noticed, the interweb is filled with cookie cut shit tube sites. These sites are all out-of-the-box and offer the same style of ripped DVD porn. We are taking a stand and trying to build a truely unique community based site for the internet generation. All our content is user contributed and we pass no judgement on it unless it's illegal.

Building a site like this from scratch is a huge undertaking and eats up countless hours of hard work. **Fuck** all the other tube sites. This is **YOUR** home now and we ask that you spread the word and join us in our mission.

Below is the current **MOTHERLESS TEAM:**



### DEWEZ
Owner

The buck stops here.



### headz
Lead Software Developer

headz started programming 22 years ago using an old Atari PC. A former U.S. Marine, he has worked for large blogging systems, and several advertising networks. When he's not writing code for motherless, he's thinking about writing motherless code. He's currently living in Staten Island, New York.



### MadCamel
Lead System Adminstrator

MadCamel manages infrastructure and scalability. He manages the entire motherless server farm, and most of it's security. Not much is known about him, though it is rumored that he stabbed an ethernet jack in his bedroom wall when he was 6. He's living in upstate



### MX
Lead Content Adminstrator

Our head content admin has been a part of the team since day one. When he's not scouring the web for interesting content to upload, he's busy posting motherless links on forums. The head admin for approving and deleting content, he's a victim of the U.S. public school system, and now lives in Mexico.



### fizzle
Project Manager

Project manager for our Dev team. His background is in Marketing and Advertising, enjoys long walks on the beach and vacations in the Canary Islands. When he's not managing projects for motherless, he's managing projects for other stuff, and fielding your complaints, and yes, he looks like Bruce Willis.

Home • About Us • Contact Us • FAQ • Premium



Join • Login



Cams  Videos  Images  Groups  Galleries  Members  Boards  Chat  Upload | Dating  Sex Book

[                    ] Search

## The Motherless Team

Thanks for stopping by and seeing who makes this site possible. In case you haven't noticed, the interweb is filled with cookie cut tube sites. These sites are all out-of-the-box and offer the same style or ripped DVD porn. We are taking a stand and trying to build a truely unique community based site for the internet generation. All our content is user contributed and we pass no judgement on it unless it's illegal.

Building a site like this from scratch is a huge undertaking and eats up countless hours of hard work. Fuck all the other tube sites. This is YOUR home now and we ask that you spread the word and join us in our mission.

Below is the current MOTHERLESS TEAM:



### DEWEZ
Owner

The buck stops here.



### headz
Head Software Developer

headz started programming 22 years ago using an old Atari PC. A former U.S. Marine, he has worked for large blogging systems, and several advertising networks. When he's not writing code for motherless, he's thinking about writing motherless code. He's currently living in Staten Island, New York.



### MadCamel
Head System Administrator

MadCamel manages infrastructure and scalability. He manages the entire motherless server farm, and most of it's security. Not much is known about him, though it is rumored that his ethernet jack is currently living in upstate [...]

#### Head Content Administrator

Our head content admin has been a part of the team since day one. When he's not scouring the web for interesting content to upload, he's busy posting motherless links on forums. The head admin for approving and deleting content, he's a victim of the U.S. public school system and now lives in Mexico.

### Site Admins

The site would not be possible if not for the hard work and dedication of the following members:

Exh-
D



motherless.com

Search

Advanced Search



Related Searches: **motherless**, **4chan**, **omasex**, **anonib**, **nasza**

Search Analytics for **motherless.com**

**QCI**  10 out of 100 - Low

**Query Popularity**  49 out of 100 - Moderate

## Site Information for **motherless.com (/siteinfo/motherless.com#trafficstats)**

**Get Details (/siteinfo/motherless.com#trafficstats)**

- Alexa Traffic Rank: **1,761 (/siteinfo/motherless.com#trafficstats)**
- Traffic Rank in **US (/topsites/countries/US)** : 708
- Sites Linking In: **194 (/site/linksin/motherless.com)**
- none Star

Search Results for **motherless.com**

Displaying 1 to 9 out of 9 sites.

- **motherless.com (/siteinfo/motherless.com)**
  - **(/siteinfo/motherless.com)**
  - **Rank:**1,761
  - **Keywords:** motherless (/search?q=motherless&p=gkey&r=site_screener) , poolchan (/search?q=poolchan&p=gkey&r=site_screener) , hosting (/search?q=hosting&p=gkey&r=site_screener)
- **keepvid.com (/siteinfo/keepvid.com)**
  - **(/siteinfo/keepvid.com)**
  - **Rank:**1,224
  - **Keywords:** keepvid (/search?q=keepvid&p=gkey&r=site_screener) , download youtube (/search?q=download+youtube&p=gkey&r=site_screener) , youtube download (/search?q=youtube+download&p=gkey&r=site_screener) , keep vid (/search?q=keep+vid&p=gkey&r=site_screener) , download from youtube (/search?q=download+from+youtube&p=gkey&r=site_screener)
- **tagomatic.com (/siteinfo/tagomatic.com)**
  - **(/siteinfo/tagomatic.com)**
  - **Rank:**22,580
  - **Keywords:** tube8 (/search?q=tube8&p=gkey&r=site_screener) , xhamster (/search?q=xhamster&p=gkey&r=site_screener) , spankwire (/search?q=spankwire&p=gkey&r=site_screener) , tnaflix (/search?q=tnaflix&p=gkey&r=site_screener)
- **Streaming media recording: Wanna find easy to use yet powerful software to record streaming audio and video? Follow our guidelines to find the best freeware or shareware stream recorder. (/siteinfo/all-streaming-media.com)**
  - **(/siteinfo/all-streaming-media.com)**
  - **Rank:**58,138
  - **Keywords:** efukt (/search?q=efukt&p=gkey&r=site_screener) , xhamster (/search?q=xhamster&p=gkey&r=site_screener) , streaming audio (/search?q=streaming+audio&p=gkey&r=site_screener) , www lordoftv com (/search?q=www+lordoftv+com&p=gkey&r=site_screener)
- **&!;     I'm Hoping (/siteinfo/papervixen.net)**
  - **(/siteinfo/papervixen.net)**
  - **Rank:**4,403,228
  - **Keywords:** motherless (/search?q=motherless&p=gkey&r=site_screener) , j.d. salinger (/search?q=j.d.+salinger&p=gkey&r=site_screener) , deviantart (/search?q=deviantart&p=gkey&r=site_screener) , deviant art (/search?q=deviant+art&p=gkey&r=site_screener) , yahoo messenger audibles (/search?q=yahoo+messenger+audibles&p=gkey&r=site_screener)

- **Javimoya.com (/siteinfo/javimoya.com)**
  - **(/siteinfo/javimoya.com)**
  - Rank:111,521
  - Keywords: **youtube (/search?q=youtube&p=gkey&r=site_screener)**, **sms gratis (/search?q=sms+gratis&p=gkey&r=site_screener)**, **metacafe (/search?q=metacafe&p=gkey&r=site_screener)**, **dailymotion (/search?q=dailymotion&p=gkey&r=site_screener)**, **badjojo (/search?q=badjojo&p=gkey&r=site_screener)**
- **Motherless Daughters Of Los Angeles (/siteinfo/motherlessdaughtersbiz.com)**
  - Keywords: **motherless (/search?q=motherless&p=gkey&r=site_screener)**, **la times (/search?q=la+times&p=gkey&r=site_screener)**, **mother (/search?q=mother&p=gkey&r=site_screener)**, **hands free (/search?q=hands+free&p=gkey&r=site_screener)**
- **odir.org (/siteinfo/odir.org)**
  - **(/siteinfo/odir.org)**
  - Rank:56,275
  - Keywords: **xhamster (/search?q=xhamster&p=gkey&r=site_screener)**, **xhamster.com (/search?q=xhamster.com&p=gkey&r=site_screener)**, **tube8 (/search?q=tube8&p=gkey&r=site_screener)**, **x hamster (/search?q=x+hamster&p=gkey&r=site_screener)**
- **BodyBuilding.com (/siteinfo/bodybuilding.com)**
  - **(/siteinfo/bodybuilding.com)**
  - Rank:715
  - Category: **Sports (/topsites/category/Top/Sports/) > Strength Sports (/topsites/category/Top/Sports/Strength_Sports/)**
  - Keywords: **bodybuilding (/search?q=bodybuilding&p=gkey&r=site_screener)**, **bodybuilding.com (/search?q=bodybuilding.com&p=gkey&r=site_screener)**, **whey protein (/search?q=whey+protein&p=gkey&r=site_screener)**, **body building (/search?q=body+building&p=gkey&r=site_screener)**, **no xplode (/search?q=no+xplode&p=gkey&r=site_screener)**

More Searches

- **motherless**
- **poolchan**
- **motherless.com**
- **motherless.com.**
- **motherless moral free**
- **www.motherless.com**
- **randy dave**
- **motherless imagefap**
- **zunechan**
- **http://motherless.com/**

Hide

**Advanced Search**

| Country: | Language: | Category: | Traffic Rank between: | Adult Content: | |
|---|---|---|---|---|---|
| Any country | Any | Any | 1 and 10,000,000 | SOME adult content | Reset |

© Alexa Internet, Inc.

An **amazon**.com company

Home • About Us • Contact Us • FAQ • Premium     Join • Login

 

Cams: Videos: Images: Groups: Galleries: Members: Boards: Chat: Upload: | Dating: Sex Book:

Search



• Search •    Top Uploaders    Top Viewed    Top Social

Gender
Any

Bio Has The Words

Sexual Orientation
Any

Location Has The Words
california

Favorite Type of Porn
All

☐ Must Have Uploads
☐ Must Have a Bio

Search

 dnolan
Uploads • Galleries • Favorites • Groups

 sweetascandigirl
Uploads • Galleries • Favorites • Groups

 wiccanrat
" I am a 25yo Male, usually h... "
Uploads • Galleries • Favorites • Groups

 Obsidian123
" I seem normal on the outside . "
Uploads • Galleries • Favorites • Groups

 logger_key4
" logger_key4 "
Uploads • Galleries • Favorites • Groups

 Jewlissa
" I love to be called dirty n... "
Uploads • Galleries • Favorites • Groups

 eEdwardGrey
" 28 y/o professional male. ... "
Uploads • Galleries • Favorites • Groups

 palmdalehustler
Uploads • Galleries • Favorites • Groups

 my2doom
" Hi! I am a bi male from Cal... "
Uploads • Galleries • Favorites • Groups

 califhung
" Straight: Let us chat. We c... "
Uploads • Galleries • Favorites • Groups

 Keeli
Uploads • Galleries • Favorites • Groups

 lucky0u13
" lucky0u13 "
Uploads • Galleries • Favorites • Groups

 KashieCuvie
" Turn ons: Age play, rape pl... "
Uploads • Galleries • Favorites • Groups

 Nathanielx
Uploads • Galleries • Favorites • Groups



MOTHERLESS.COM - Go Ahead She Isn't Looking!   http://motherless.com/members/search?gender=0&sexuality=0&po...

Case 2:11-cv-05912-SVW-FMO  Document 1  Filed 07/19/11  Page 26 of 76  Page ID #:30


**jackncali**
" Bi California man, divorced... "
Uploads • Galleries • Favorites • Groups


**eyesinner**
Uploads • Galleries • Favorites • Groups


**fittrucker**
" very open minded guy...tire... "
Uploads • Galleries • Favorites • Groups


**SoberMale**
" Widower, open mind, loves t... "
Uploads • Galleries • Favorites • Groups


**ilikePi**
Uploads • Galleries • Favorites • Groups


**slimdick**
" Cum on Suck & Fuck Us Both "
Uploads • Galleries • Favorites • Groups


**Daddie**
" I'm a 47yo man who especial... "
Uploads • Galleries • Favorites • Groups


**Radish**
Uploads • Galleries • Favorites • Groups


**sacjac**
Uploads • Galleries • Favorites • Groups


**sexual_santa**
Uploads • Galleries • Favorites • Groups


**leotard_girlie**
Uploads • Galleries • Favorites • Groups


**HardManInCA**
Uploads • Galleries • Favorites • Groups


**tempt8ion**
" Into all kinds of kink (sto... "
Uploads • Galleries • Favorites • Groups


**J57**
" mmm.. what can i say.. i lo... "
Uploads • Galleries • Favorites • Groups


**CompleteSlut**
" My name is Marina Hantzis, ... "
Uploads • Galleries • Favorites • Groups


**jennbenn1995**
" You can never be too rich, ... "
Uploads • Galleries • Favorites • Groups


**Legendary_Spider**
" I'm very kinky and I enjoy ... "
Uploads • Galleries • Favorites • Groups


**Rayne415**
" Latino male from california... "
Uploads • Galleries • Favorites • Groups


**cali_latino408**
" Will I find My Dream Woman? "
Uploads • Galleries • Favorites • Groups


**usmc1700**
Uploads • Galleries • Favorites • Groups


**PUSSYR8DER**
Uploads • Galleries • Favorites • Groups


**toknblaze420**
Uploads • Galleries • Favorites • Groups


**flash_fire**
Uploads • Galleries • Favorites • Groups


**Copperpaw182**
Uploads • Galleries • Favorites • Groups

PREV  1  2  3  4  NEXT

DMCA • Terms of Use • Privacy Policy • 18 U.S.C. 2257 Records • Jobs • RTA Verified




ANAL SEX   ASIAN   BIG TITS   BBW   COLLEGE GIRLS   LATINA   COUPLES     MORE CAMS »      CHAT WITH ME!     

Home • About Us • Contact Us • FAQ • Premium                                                    Join • Login





Videos   Images   Groups   Galleries   Members   Boards   Chat   Personals   Upload |   Have an Affair!            Search...

## Frequently Asked Questions

### General

What kind of content can I upload?
Do I need an account to upload media?
How long do you keep my uploaded images and videos.
What kind of images/videos can I upload, and what's the maximum file size?
What is a codename?
What does it mean to ignore a member?
Why was my uploaded image/video deleted?
Can I protest to have a deleted image/video/account undeleted?
I found a site bug/error, what can I do?
I'm an idiot, and can't figure out how to use this site. What should I do?
Who runs this place?
I had an account on hidebehind.com. Does it work here?
How do I play FLV movies on my home computer?
What is my viewing history?
How do I delete my account?
Who created the awesome icons on this site?
Can I navigate the site with my keyboard?
How do I favorite s*.motherlessmedia.com links?

### Subscriptions

What are subscriptions?
How do I subscr be to someone?
Can I remove subscriptions?
Can I see who is subscr bing to me?
Can I block someone from subscribing to me?

### Live Chat

You guys have live chat?
How do I use the live chat?
How do I connect to your chat server using mIRC?
What/Who is m bot?
What are the m bot commands?

### Site Mail

What is site mail?
Can I block members from sending me messages?
What is my contact list?
What are special addresses?
Can I send a message to all my subscribers, or all of my contacts?
Can I send or recieve email through the site mail system?
Can I create a message signature?

### Galleries

What are galleries?
How are galleries created?

### Boards

What are boards?
Can I include images/videos in my board posts?

### Account Settings

What are the account settings?
What is my avatar?
What is "Your bio"?

### Groups

What are motherless groups?
What can we do in groups?
Can I create a new group?
What are group generals and moderators?
Can I delete a group?
What are invite only groups?

### General

### What kind of content can I upload?

Any legal videos or images. Read our Terms of Use for further details. As long as it's legal, we don't care. It can be softcore porn, hardcore porn, cartoons, funny pictures, screen captures, or even an up close picture of your mom's hairy asshole (Send that one directly to mx). As long as it's legal, it's cool with us.

**Do I need an account to upload media?**
No! You can upload media while being completely anonymous! Viva el anónimo!

**How long do you keep my uploaded images and videos.**
Forever! So long as the image/video doesn't violate our Terms of Use, we'll keep it around as long as the jerk offs in accounting keep the bills paid.

**What kind of images/videos can I upload, and what's the maximum file size?**
If there is a popular image or video format, we can handle it. Mov, flv, mpeg, xvid, jpg, gif, etc, etc. The max file size for uploads is 500MB. For the computer challenged, that's 500 meg-o-bytes.

**What is a codename?**
All vidoes, images, galleries, and board posts are given a unique 6-8 digit "codename." They're easy to spot all over the site, but when it doubt,



check your browser address bar:

**What does it mean to ignore a member?**
If you find a certain member's images/videos objectionable (You pussy), you can click the "Ignore Member" button on the image/video page. From that point on, you will no longer see any of that member's content. You can manage your ignore list from Account Settings > Ignored Members.

**Why was my uploaded image/video deleted?**
**Why was Account deleted?**
Because you're a dumb motherfucker that didn't read, or couldn't comprehend our very simple Terms of Use.
**Can I protest to have a deleted image/video/account undeleted?**
Yes, just drop us a line at.. No, I'm kidding. You can't. All judgments by the site admins are final. We're pretty liberal around here (In fact some of us would push our own moms down a flight of stairs for a bright shiny quarter), so if something you uploaded got deleted, or your account was deleted, then you most certainly deserved it. End of story.

**I found a site bug/error, what can I do?**
Hit your browser refresh button about a dozen times. Did that fix it? No. Ok, try uploading the image/video again. And again. Still not working? Are you sure it's a bug, and not a "feature"? Fuck, in that case, send a message to headz, and when he's done fucking your mom, he'll try to fix it.

**I'm an idiot, and can't figure out how to use this site. What should I do?**
Just fucking kill yourself. You're a waste of life, and if your mom hadn't fallen in with that fucked up "The comet will bring us all to heaven" religious cult, she would have gotten an abortion.

**Who runs this place?**
Check the About Us page, because, well, you know.. It tells you shit about us.

**I had an account on hidebehind.com. Does it work here?**
Fucking right it does. Just login using your old hidebehind.com information. Forgot it? Then use the password recovery system.

**How do I play FLV movies on my home computer?**
So you downloaded one of our movies in FLV format, and now you're looking to play it on your home computer, but you're not sure how. It's pretty easy actually. Here at motherless, we recommend the VLC Media Player for all your video watching needs, not just FLV videos. If there is a video format, it can play it. Plus it can be used on Windows, Mac OS X, and all flavors of *nix.

**What is my viewing history?**
Your viewing history shows which pictures and videos you've looked at recently. The history is stored in a cookie on your computer. Not on our servers. Because of that, no other member can see your history. The feature can be turned on or off from Account Settings > Misc..

**How do I delete my account?**
You can delete your account from this page.

**Who created the awesome icons on this site?**
The icons used on this site are a twisted version of the famous FamFamFam icon set created by Mark James. You can download them from his site here.

**Can I navigate the site with my keyboard?**
Yes. You can use the following keyboard shortcuts to navigate through the site.
v = videos, i = images, c = categories, g = galleries, m = members, b = boards, y = chat, u = upload, p = profile, e = mail, s = account settings, q = currently being viewed, r = random image, t = random video, h = home page

**How do I favorite s*.motherlessmedia.com links?**
So someone gave you a link like http://s5.motherlessmedia.com/dev26/0/009/873/0009873019.jpg, and you would l ke to favorite it. How can you get to the **real** page for that link? You can use this bookmarklet.

  Motherless Bookmarklet

Drag that box into your browser bookmarks/favorites. Some browsers let you place bookmarks right in the toolbar. The next time someone gives you a s*.motherlessmedia.com link, you can click the bookmarklet to view the **real** page for the picture.

Subscriptions

### What are subscriptions?

Subscriptions are a way for site members to keep tabs on other members. If you l ke the content another member is uploading, you should subscribe to them. Plus, we kill one kitten for every new member subscription. You can also view how many people are subscribing to you from your profile.

### How do I subscribe to someone?

You will find a "Subscribe" link on each member's profile. It's hard to miss. It's the fucking link that says "Subscribe".

### Can I remove subscriptions?

Yes.

1) First you must send a 500 word essay to the member, explaining why you no longer think their shit is the balls, and why you no longer want to subscribe to them.

2) Then from Account Settings > Subscriptions, check the member's you no longer want to subscr be to, and click the big fat "Remove" button.

Note: The first step is optional.

### Can I see who is subscribing to me?

Yes. On your profile page, next to the number of people subscribing to you, there is a link to view your subscr bers. Drop them a line every once in a while. Just because you haven't written to your mom in five years (It's no wonder she hates you), that doesn't mean you can't write to your subcribers every once in a while. Show a little appreciation you prick.

### Can I block someone from subscribing to me?

No. Why in the world would you want to do that anyway?

Live Chat

### You guys have live chat?

Yes! You can chat with other motherless members using our chat page.

### How do I use the live chat?

Our chat is tied into our IRC server @ chat.motherless.com. That means you have 2 different ways of chatting. You can use our web based chat @ http://motherless.com/chat, or you can connect to our chat using your favorite IRC client software like mIRC.

### How do I connect to your chat server using mIRC?

You have to be a registered motherless.com member to use our IRC server. In mIRC, click on File > Select Server. A list of IRC servers will pop up. Click the Add button. In the Description field, enter "motherless chat" (without the quotes). In the IRC Server field, enter "chat.motherless.com". In the Ports field enter "6667". In the Password field enter your motherless.com password. Finally click the Add button. You are now ready to connect to our IRC server. You must use your motherless.com username as your IRC nickname. You will **NOT** be able to connect to our IRC server if you don't use your motherless username and password. You can use any IRC client you like. Check the docs for your IRC client for adding new servers, and entering the password for the server.

### What/Who is mlbot?

mlbot is our all knowing bot. He keeps a watchful eye on all the channels/rooms. He is also helpful to you. See the next question for a list of commands for the bot.

### What are the mlbot commands?

mlbot is there to do what you want him to! He's our little bitch. You can command m bot to do things for you! The following is a list of commands that mlbot responds to. You use the commands by typing them into a chat room, or as a private message to mlbot. Just watch what other people are doing to get the hang of using commands.

#### !seen [member]

Displays the last time the member was seen in chat.

**Example 1**
To find out the last time madcamel was in chat
!seen madcamel

#### !stats [member]

Displays stats about the member, such as the number of uploads they have, the number of profile views they have, etc. Your own stats will be displayed if you don't specifiy a [member].

**Example 1**
To get stats on madcamel
!stats madcamel

**Example 2**
To get stats on yourself
!stats

#### !search [images|videos] [search term]

Performs a search on motherless.com, and private messages you the top 10 results. You can search through images, videos, or both.

**Example 1**
Searching videos for "cheerleader"

!search videos cheerleader

**Example 2**
Searching both images and videos for "cheerleader"
!search cheerleader


**!profile [member]**
Displays the profile link for [member], or your own profile link if you don't specifiy which member

**Example 1**
Display the profile link for madcamel
!profile madcamel

**Example 2**
Display the link to your own profile
!profile


**!shared [member]**
Displays how many links the member has shared in chat, or how many link you have shared if you don't specify a member.

**Example 1**
Display how many links madcamel has shared
!shared madcamel

**Example 2**
Display how many links you have shared in chat
!shared


**!last10 [member]**
Private messages you the last 10 links [member] has shared in chat.

**Example 1**
Have the last 10 links madcamel has shared private messaged to you
!last10 madcamel


**!report [member] [reason]**
Reports the member to the chat mods. Use this command if you see someone breaking the chat rules.

**Example 1**
To report madcamel for sharing links to illegal images
!report madcamel He's sharing links to illegal images


**!memo [member] [message]**
Leaves a message for a member. They will get the message the next time they sign onto chat. Can optionally be used to leave yourself a reminder. You cannot leave more than 3 memos for the same member, and the memos cannot be more than 200 characters long.

**Example 1**
To leave a message for madcamel that he'll get the next time he logs onto chat
!memo madcamel Hey, I missed you on chat today. I'll see you tomorrow.

## Site Mail

### What is site mail?
Site mail is our own in-house mail system (Ain't it cute!). It's a way for members to send messages to other members.

### Can I block members from sending me messages?
Yes. When you are reading a message from a member, you will see a "Block" link. Clicking this link will block all future communications from that member. If you're lucky, we might even send them a fucked up email telling them they're total tools, and they've been blocked. (No, we won't actually do that, but wouldn't it be fun?)

### What is my contact list?
Seriously? I know you've spent 99% of your time on the internet watching horse porn, but you must have used an email client at least once or twice, and you should know what a fucking contact list is.

### What are special addresses?
### Can I send a message to all my subscribers, or all of my contacts?
Typically to send a message to one or more members, you would enter their member name into the "To" field. However the mail system also supports a couple "special" addresses. To send a message to all of your subscr bers, enter members:subscr bers into the "To" field. To send a message to all of your contacts, enter members:contacts into the "To" field.

### Can I send or recieve email through the site mail system?
No. Or at least, not yet. Or maybe you can? Give it a shot. No, seriously, the answer is no.

### Can I create a message signature?
Yes. From Account Settings > Email, Password, and Avatar, you can enter a brief signature that will be automatically added to the bottom of all the messages you send.

## Galleries

### What are galleries?
Galleries are a way of grouping related images and videos.

### How can I create a gallery?
Galleries are created one of two ways: Automatically when you upload 2 or more images/videos, or by creating the gallery yourself.

When you upload 2 or more images/videos, a gallery will be automatically created to help you keep those uploads grouped together. You will be given the full URL to the automatically created gallery after the upload is complete.

You can also create galleries youself from the galleries page. Click the "Create Gallery" button. After you have created the gallery, you can easily add any images/videos you find on the site to the gallery.

## Boards

### What are boards?
Boards are the motherless.com take on message boards. Unlke other forums, everything you write is completely anonymous! Fuck, we just fucking love anonymous.

### Can I include images/videos in my board posts?
Yes, you can attach one image/video to each post, although you don't have to. After writing your post, simply click the "Browse" button to pick an image/video to attach, or enter the codename for an existing site image/video.

## Account Settings

### What are the account settings?
From the Account Settings page, you can change your password/email, manage your uploads, subscriptions, galleries, and see naked pictures of your mom that we found last night hidden between her mattresses.

### What is my avatar?
The avatar you select will visually represent you across the site. If you don't upload an avatar (It takes 5 seconds you lazy fuck), your most popular upload will be used. If you haven't uploaded anything, we'll use a shot of dewez cumming on your mom's face (What a dirty little slut she is).

### What is "Your bio"?
You can enter a brief description of yourself, and it will appear on your profile page. We recommend you make it as profane and nasty as poss ble. And if you're a chick, we also recommend you include your phone number. We promise we'll call you back this time.

## Groups

### What are motherless groups?
Motherless groups are a way for members to network with each other.

### What can we do in groups?
Each group has it's own pictures, videos, and message boards. You can upload directly into a group, or add existing pictures and images to your groups. A "Add to Group" link can be found under each picture/video on the site.

### Can I create a new group?
Yes! There is a "Create Group" link on the groups page.

### What are group generals and moderators?
Each group has one general, and several moderators. The group general is in charge of the group, and moderators are assigned by the general. They are in charge of keeping order within the group.

### Can I delete a group?
Groups are automatically deleted if every member of the group leaves. Otherwise only site admins can delete groups.

### What are invite only groups?
A group general can make the group invite only. That means you can only join a group by receiving an invite from an existing group member.



**AMATEUR CAMS    ASS CAMS    BIG TITS CAMS    BBW CAMS    BLONDE CAMS       MORE CAMS »        CHAT WITH ME**

**Home**  Stat  **Upcoming**  **Last Activity**  **Tags**  **Check URL**  **Random**  **Contact**  **FAQ**

Enter URL:  Search a term or website  | Check |

## Estimated Data

**Free Online Advertising** www.Google.com/AdWords
See What $75 of Free Google Ads Can Do For Your Business. Try It Now!

**SEO For Small & Local Biz** OrangeSoda.com/SEO
Affordable SEO That Gets Your Site Ranked With the Big Boys. Call Now!

**Does Your Website "Work"?** www.diyseo.com/Free...
Find Out: Free SEO Website Grader. Get Your Score in Under 30 Sec.!

**Free SEO How-To Kit** www.HubSpot.com/SEO
Use Search Engine Optimization to Get More Leads. Free How-To Kit!

Ads by Google

**Website Worth:** $1,137,663.39

**Daily Pageviews:** 519,481

**Daily Ads Revenue:** $1,558.44

Thumbnail image:



Estimated numbers for
www.motherless.com

Last update was 1 week ago

| Update Data |

<-> Visit the website <->

## Meta Info

Title:

Description:

Tags:

Ads by Google
Tax Calculator
Rank Checker
Google Rank
Page Rank

## Index Data

Index Info For: motherless.com
Alexa Rank: 1,925
Quantcast Rank: 4,008
Compete Rank: 10,021
PageRank: 3
Backlinks: 0
Google Indexed Pages: 0
Google Indexed Images: 0
Yahoo Indexed Pages: 0
Live Indexed Pages: 134,000
Dmoz Listing: No
Dmoz Title:
Dmoz Description:
Dmoz Category:
Host IP: 38.114.210.196
Site Hosted in: United States
Owner:
ICANN Registrar: ENOM, INC.
Site Age: 6 years
Created: 2005-11-19
Expires: 2011-11-19
Updated: 2010-10-21
Domain Suffix: Commercial
Archive: motherless.com in the past



! Report This Page

| Upcoming Sites | Last Activity | Similar Worth Sites |
|---|---|---|
| www.graffwars.com<br>www.gmad.com<br>www.beheremondays.com<br>www.tampabaychartering.com<br>www.filiuslunae.com | www.ronaoberman.com<br>www.tsmsphysed.com<br>www.revisioncentre.co.uk<br>www.vgblogs.com<br>www.ticket360.com | www.trenitalia.com<br>www.wambie.com<br>www.buyadultproducts.blogsome.com<br>www.mof2005ed-birdhealth.blog.com<br>www.de.openoffice.org |

| Random Sites | Related Sites | Similar Audience |
|---|---|---|
| www.canonpixmaip4700drucker.co.cc<br>www.manxmoviesound.com<br>www.kmp2001.com<br>www.audiojosh.com<br>www.hollyhonda.com | | www.2sora.net<br>www.szex-mesterfokon.com<br>www.shockingtube.com<br>www.hidebehind.com<br>www.google-analytics.com |

Home | Upcoming | Last Activity | Tags | Check URL | Random | Contact | FAQ | RSS

Copyright © 2008-2011 CubeStat .all other Brand Names, Logos and Information from us are properties of their respective owners. **Privacy Policy**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-665-247

**Effective date of
registration:**

November 12, 2009

## Title

**Title of Work:** All Girl Revue Vol 7

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 15, 2009     **Nation of 1st Publication:** United States

## Author

■  **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba     **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** November 2, 2009

**Applicant's Tracking Number:** AGR7

**Registration #:**   PA0001665247

**Service Request #:**   1-270677128

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-678-354

**Effective date of
registration:**

March 30, 2010

## Title

**Title of Work:** All Girl Revue! Vol. 8

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 15, 2010      **Nation of 1st Publication:** United States

## Author

■    **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba      **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** March 16, 2010

**Registration #:**   PA0001678354

**Service Request #:**   1-356479531

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-678-341

**Effective date of
registration:**

March 30, 2010

---

## Title

**Title of Work:** Cream Pie Blowout Vol. 3

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 15, 2008          **Nation of 1st Publication:** United States

## Author

**Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba          **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** March 19, 2010

Registration #:   PA0001678341

Service Request #:   1-358076818

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1-382-750

EFFECTIVE DATE OF REGISTRATION

June 4, 2007
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

COUPLES SEDUCE TEENS Volume 4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

COUPLES SEDUCE TEENS

**NATURE OF THIS WORK ▼** See instructions

compilation

**2**

**a**  **NAME OF AUTHOR ▼**   Pink Visual Productions  *Ventura Content AVV*

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **United States** }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given
2006      Year  In all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month  October    Day  20    Year  2006
United States                    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ventura Content, AVV
Santa Cruz 62-A, Oranjestad, Aruba
Dutch West Indies

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
6/9/07
ONE DEPOSIT RECEIVED
6/9/07
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

film segments previously published on the Internet

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

compilation of previously published film segments; some new text; videodisc cover print and artwork

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                        **Account Number ▼**

Cyberheat Inc./Susan Costigan                      DA93057

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Susan Costigan
6614 E Tanque Verde Rd.
Tucson, AZ 85715

**b**

Area code and daytime telephone number  ( 520 ) 290-0910        Fax number  ( 520 ) 327-5740
Email  Susan@seekio.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Pink Visual Productions
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Check only one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan Costigan                                        **Date**  April 4, 2007

Handwritten signature (X) ▼

☞  x _Susan Costigan_

| Certificate will be mailed in window envelope to this address: | **Name ▼** Susan Costigan | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt ▼** 6614 E Tanque Verde Rd. | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/Zip ▼** Tucson, AZ 85715 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 07/2006  Print 07/2006 — xx,000  Printed on recycled paper                                        U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-382-769**

EFFECTIVE DATE OF REGISTRATION

June 4, 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

COUPLES SEDUCE TEENS Volume 5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

COUPLES SEDUCE TEENS

**NATURE OF THIS WORK ▼** See instructions

compilation

## 2

**a**   **NAME OF AUTHOR ▼**

~~Pink Visual Productions~~   Ventura Content AVV

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in United States

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006   Year   in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month DECEMBER   Day 08   Year 2006
Nation United States

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ventura Content, AVV
Santa Cruz 62-A, Oranjestad, Aruba
Dutch West Indies

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
6/4/07

**ONE DEPOSIT RECEIVED**
6/4/07   DVD/D

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE. OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (Numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | DBC | FORM PA |
| CHECKED BY | | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
film segments previously published on the Internet

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
compilation of previously published film segments;some new text; videodisc cover print and artwork

See instructions before completing this space.

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼          Account Number ▼
Cyberbest Inc./Susan Costigan          DA93057

**b** CORRESPONDENCE  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Susan Costigan
6614 E Tanque Verde Rd.
Tucson, AZ 85715

Area code and daytime telephone number   ( 520 ) 290-0910          Fax number   ( 520 ) 327-5740
Email  Susan@seekio.com

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ►
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  Pink Visual Productions
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Costigan          Date  April 4, 2007

Handwritten signature (X)
x  _Susan Costigan_

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Susan Costigan
Number/Street/Apt ▼
6614 E Tanque Verde Rd.
City/State/Zip ▼
Tucson, AZ 85715

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-676-305**

**Effective date of
registration:**

March 30, 2010

## Title

Title of Work: Couples Seduce Teens Vol.9

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: March 15, 2008      Nation of 1st Publication: United States

## Author

■    Author: Ventura Content, AVV

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: Aruba      Domiciled in: Aruba

## Copyright claimant

Copyright Claimant: Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

Name: Jessica Pena

Date: March 16, 2010

Registration #:   PA0001676305

Service Request #:   1-356479865

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-673-993

**Effective date of
registration:**

February 2, 2010

---

## Title

**Title of Work:** Huge Boobs Galore Vol. 5

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 15, 2007       **Nation of 1st Publication:** United States

## Author

■          **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba                    **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** January 20, 2010

---

**Registration #:**    PA0001673993

**Service Request #:**   1-317186227

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-370-626**

EFFECTIVE DATE OF REGISTRATION

MAY 26, 2006

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Her First Big Cock Volume 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

## 2

**a**  **NAME OF AUTHOR ▼**

Pink Visual Productions

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*Compilation.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given Year in all cases.
2005

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month August  Day 30  Year 2005
United States    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pink Visual Productions
6614 E. Tanque Verde Rd., Tucson, AZ 85715

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**See instructions before completing this space.**

APPLICATION RECEIVED
MAY 26 2006    OCT 16 200
ONE DEPOSIT RECEIVED
DNDQ
TWO DEPOSITS RECEIVED
MAY 26 2006    OCT 16 200
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | [signature] | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Film segments previously published on the Internet.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published film segments and of photos on packaging; some new text.

**6**
**a**
**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

Cyberheat, Inc./Susan Costigan                          DA093057

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Susan Costigan
6614 E. Tanque Verde Rd.
Tucson, Arizona 85715

Area code and daytime telephone number ( 520 )290-0910     Fax number ( 520 )327-5740
Email Susan@seekio.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Pink Visual Productions**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan Costigan                                          Date May 22, 2006

Handwritten signature (X) ▼
☞ X _Susan Costigan_

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Susan Costigan |
|---|---|
| | Number/Street/Apt ▼ 6614 E. Tanque Verde Rd. |
| | City/State/ZIP ▼ Tucson, AZ 85715 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1−340−322

EFFECTIVE DATE OF REGISTRATION

May 31, 2006

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

her first Lesbian sex Volume 02

**PREVIOUS OR ALTERNATIVE TITLES ▼**

her first Lesbian sex

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**

Pink Visual Productions

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **January** Day **3** Year **2005**
**United States** Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pink Visual Productions
6614 E. Tanque Verde Rd., Tucson, AZ 85715

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAY 31 2006    OCT 16 2006
ONE DEPOSIT RECEIVED
DVD/D
TWO DEPOSITS RECEIVED
MAY 31 2006
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | DJ/RG | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a    *Film segments previously published on the Internet.*

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b    *Compilation of previously published film segments; some new text.*

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

a    Cyberheat, Inc./Susan Costigan        DA093057

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b
Susan Costigan
6614 E. Tanque Verde Rd.
Tucson, Arizona 85715

Area code and daytime telephone number  ( 520 ) 290-0910        Fax number  ( 520 ) 327-5740
Email Susan@seekio.com

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Pink Visual Productions**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan Costigan        Date  May 25, 2006

Handwritten signature (X) ▼

x  *Susan Costigan*

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼  Susan Costigan | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼  6614 E. Tanque Verde Rd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼  Tucson, AZ 85715 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–340–324

EFFECTIVE DATE OF REGISTRATION

**MAY 2 6 2006**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

her first Lesbian sex Volume 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

her first Lesbian sex

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**

Pink Visual Productions

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **United States** }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*Compilation*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given.
2005 Year In all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month **August** Day **9** Year **2005**
ONLY if this work has been published.
**United States** Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pink Visual Productions
6614 E. Tanque Verde Rd., Tucson, AZ 85715

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 2 6 2006   OCT 1 6 2006
ONE DEPOSIT RECEIVED
**DVD/D**
TWO DEPOSITS RECEIVED
MAY 2 6 2006
FUNDS RECEIVED

*See instructions before completing this space.*

*DO NOT WRITE HERE — OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

*Film segments previously published on the Internet.*

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*Compilation of previously published film segments; some new text.*

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  **Account Number** ▼

Cyberheat, Inc./Susan Costigan  DA093057

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Susan Costigan
6614 E. Tanque Verde Rd.
Tucson, Arizona 85715

**b**

Area code and daytime telephone number ( 520 ) 290-0910  Fax number ( 520 ) 327-5740

Email Susan@seekio.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Pink Visual Productions**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan Costigan  Date May 25, 2006

Handwritten signature (X) ▼

x _Susan Costigan_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Susan Costigan | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 6614 E. Tanque Verde Rd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/ZIP** ▼ Tucson, AZ 85715 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-614-615

**Effective date of
registration:**

August 13, 2007

## Title

| | |
|---|---|
| Title of Work: | HER FIRST LESBIAN SEX VOLUME 11 |
| Previous or Alternative Title: | HER FIRST LESBIAN SEX |
| Nature of Work: | COMPILATION |

## Completion/ Publication

| | |
|---|---|
| Year of Completion: | 2007 |
| Date of 1st Publication: | August 3, 2007 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ■ Author: | VENTURA CONTENT, AVV |
| Author Created: | ENTIRE MOTION PICTURE |
| Work made for hire: | Yes |
| Domiciled in: | Aruba |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | VENTURA CONTENT, AVV |
| | Santa Cruz 62-A, Oranjestad, Aruba, Dutch West Indies |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | film segments previously published on the internet |
| Previously registered: | No |
| New material included in claim: | compilation of previously published film segments; some new text; videodisc cover print and artwork |

## Certification

| | |
|---|---|
| Name: | SUSAN COSTIGAN |
| Date: | August 10, 2007 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-676-341**

**Effective date of
registration:**

March 30, 2010

## Title

**Title of Work:** Wife Switch Vol. 1

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 15, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba      **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** March 17, 2010

Registration #:    PA0001676341

Service Request #:   1-357202722

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-674-016

**Effective date of
registration:**

February 2, 2010

## Title

**Title of Work:** Wife Switch Vol. 2

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** September 15, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba     **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** January 20, 2010

Registration #:   PA0001674016

Service Request #:   1-317186015

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-676-346**

**Effective date of
registration:**

March 30, 2010

## Title

**Title of Work:** Wife Switch Vol. 3

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 15, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba    **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** March 19, 2010

Registration #:   PA0001676346

Service Request #:   1-358807538

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-673-990

**Effective date of registration:**

February 2, 2010

## Title

**Title of Work:** Wife Switch Vol. 5

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 15, 2008     **Nation of 1st Publication:** United States

## Author

■     **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba     **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** January 20, 2010

Registration #:   PA0001673990

Service Request #:   1-317185879

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-674-003

**Effective date of
registration:**

February 2, 2010

---

## Title

**Title of Work:** Wife Switch Vol. 6

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 15, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba                 **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** January 20, 2010

---

Registration #:   PA0001674003

Service Request #:   1-317185813

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-669-991

**Effective date of
registration:**

August 4, 2009

## Title

**Title of Work:** Wife Switch Vol. 7

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 15, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba          **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** July 24, 2009

**Applicant's Tracking Number:** WS7

Registration #:   PA0001669991

Service Request #:   1-223143505

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-674-005

Effective date of
registration:
February 2, 2010

## Title

**Title of Work:** Wife Switch Vol. 8

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 15, 2009     **Nation of 1st Publication:** United States

## Author

**■     Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba     **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** January 20, 2010

Registration #:   PA0001674005

Service Request #:   1-317433805

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-677-998

**Effective date of
registration:**

March 30, 2010

## Title

**Title of Work:** Wife Switch Vol. 9

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 15, 2010   **Nation of 1st Publication:** United States

## Author

■ **Author:** Ventura Content, AVV

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Aruba   **Domiciled in:** Aruba

## Copyright claimant

**Copyright Claimant:** Ventura Content, AVV

Westpunt 7C, Noord, Aruba

## Certification

**Name:** Jessica Pena

**Date:** March 23, 2010

Registration #:   PA0001677998

Service Request #:   1-361450028

Ventura Content, AVV
Jessica Pena
6614 E Tanque Verde Rd
Tucson, AZ 85715

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV11- 5912 SVW (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Peter R. Afrasiabi (pafrasiabi@onellp.com)
John Tehranian (jtehranian@onellp.com)
Ian H. Gibson (igibson@onellp.com)
ONE LLP, 4000 MacArthur Blvd., W Twr, Ste. 1100
Newport Beach, CA 92660   Tel: 949-502-2870

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VENTURA CONTENT, LTD,, an Anguilla corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-05912 SVW (FMOx) |
| v. | |
| MOTHERLESS, INC., a New York corporation; JOSHUA "JOSH" LANGE, an individual; and DOES 1-20, inclusive, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): MOTHERLESS, INC.; JOSHUA "JOSH" LANGE

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Peter R. Afrasiabi_____, whose address is _ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: _____

**JUL 19 2011**

Clerk, U.S. District Court

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>VENTURA CONTENT, LTD., an Anguilla corporation | **DEFENDANTS**<br>MOTHERLESS, INC., a New York corporation; JOSH LANGE, an individual; and DOES 1-10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Peter R. Afrasiabi; John Tehranian; Ian H. Gibson<br>ONE LLP, 4000 MacArthur Blvd., W Twr. Ste. 1100, Newport Bch., CA 92660<br>Tel: 949-502-2870  Fax: 949-258-5081 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No        ☑ MONEY DEMANDED IN COMPLAINT: $ To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 101, et seq. (direct, contributory & vicarious copyright infringement); Cal. Bus. & Prof. Code § 17200 (unlawful, unfair & fraudulent business practices).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV11-05912 SVW (FMOx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Anguilla |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date July 18, 2011 _____

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |