1  David S. Richman, Esq. (State Bar No. 94325)
   drichman@tocounsel.com
2  Theodora Oringher PC
   10880 Wilshire Boulevard, Suite 1700
3  Los Angeles, California  90024-4101
   Telephone: (310) 557-2009
4  Facsimile: (310) 551-0283

5  John W. Dunne, Esq. (NY Atty, Registration No. 2589083)
   jwdunne@lgdcllp.com
6  Lynn, Gartner, Dunne & Covello, LLP
   330 Old County Road, Suite 103
7  Mineola, New York  11501
   Telephone: (516) 742-6200
8  Facsimile: (516) 742-5294
   *Pending Pro Hac Vice Admission*

9
   Attorneys for Defendants Motherless, Inc.,
10 and Joshua Lange

11

12                    UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

14

15 | VENTURA CONTENT, LTD., an          | Case No. CV 11-05912 SVW (FMOx)
   | Anguilla corporation;               |
16 |                                     | **DEFENDANTS' NOTICE OF**
   |         Plaintiff,                  | **INTERESTED PARTIES**
17 |                                     |
   |     vs.                             |
18 |                                     |
   | MOTHERLESS, INC., a New York        |
19 | corporation; JOSHUA "JOSH"          |
   | LANGE, and individual; and DOES 1-  |
20 | 20, inclusive;                      |
   |                                     |
21 |         Defendants.                 |

22

23         The undersigned, counsel of record for Defendants Motherless, Inc.
24 ("Motherless"), and Joshua Lange ("Lange"), (collectively "Defendants"), certifies
25 that the following listed parties may have a pecuniary interest in the outcome of this
26 case.  These representations are made to enable the Court to evaluate possible
27 disqualification or recusal.
28

1 | 1. None.
2 |
3 | DATED: September 28, 2011
4 |
5 | By: /s/ - David S. Richman
6 | David S. Richman
  | Attorney for Defendants Motherless, Inc., and
7 | Joshua Lange

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1700, Los Angeles, California 90024-4101.

On September 28, 2011, I served the following document(s) described as **DEFENDANTS' NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Peter Afrasiabi, Esq.
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd., West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

**BY MAIL:** I am "readily familiar" with the practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2011, at Los Angeles, California.

_____
Juanita Ortiz