Name & Address:
David S. Richman, Esq. (drichman@tocounsel.com)
Theodora Oringher PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024-4101
Telephone: (310) 557-2009 Facsimile: (310) 551-0283



FILED
CLERK U.S. DISTRICT COURT
OCT - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA CONTENT, LTD., an Anguilla corporation<br><br>                                                 Plaintiff(s)<br>v.<br><br>MOTHERLESS, INC., a New York corporation; JOSHUA "JOSH" LANGE, an individual; and DOES 1-10, inclusive,<br><br>                                                 Defendant(s). | CASE NUMBER:<br><br>2:11-cv-05912-SVW-FMO<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __John W. Dunne__ , of __Lynn, Gartner, Dunne & Covello, LLP, 330 Old Country Rd, Ste 103, Mineola, NY__
     *Applicant's Name*                                *Firm Name / Address*

__516-742-6200__                                           __jwdunne@lgdcllp.com__
     *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant
☐ Intervener or other interested person __MOTHERLESS, INC. and JOSHUA "JOSH" LANGE__

and the designation of __David S. Richman, Esq. (Cal. Bar No. 94325__
                          *Local Counsel Designee /State Bar Number*

of __Theodora Oringher PC, 10880 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90024-4101__
        *Local Counsel Firm / Address*

__310-557-2009__                                           __drichman@tocounsel.com__
     *Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __OCT - 6 2011__                              _/s/ Stephen V. Wilson_
                                                          U. S. District Judge/~~U.S. Magistrate Judge~~
                                                          STEPHEN V. WILSON

---

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE