Peter Afrasiabi, Esq. (Bar No. 193336)
John Tehranian, Esq. (Bar No. 211616)
Christopher W. Arledge (Bar No. 200767)
Imran F. Vakil (Bar No. 248859)
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Jessica M. Pena, Esq. (AZ Bar No. 024995)
*Pro Hac Vice*
2010 North Camino Serna
Tucson, AZ 85715
Telephone:   (520) 290-0910, Ext. 1103
Facsimile:    (520) 258-4045

*Attorneys for Plaintiff,*
*Ventura Content Ltd.*

David S. Richman, Esq. (Bar No. 94325)
**THEODORA ORINGHER PC**
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024-4101
Telephone:   (310) 557-2009
Facsimile:    (310) 551-0283

*Attorneys for Defendants Motherless, Inc. and*
*Joshua Lange*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA CONTENT, LTD., an Anguilla corporation,<br><br>       Plaintiff,<br><br>v.<br><br>MOTHERLESS, INC., a New York corporation; JOSHUA "JOSH" LANGE, an individual; and DOES 1-20, inclusive,<br><br>       Defendants. | Case No. CV11-05912 SVW (FMOx)<br><br>**JOINT EXHIBIT LIST**<br><br>PRETRIAL CONFERENCE<br>DATE:      October 29, 2012<br>TIME:      3:00 p.m.<br>PLACE:   312 N. Spring Street<br>            Courtroom 6 (2nd Floor)<br>TRIAL DATE: November 6, 2012<br>TIME:      9:00 a.m.<br>PLACE:   312 N. Spring Street<br>            Courtroom 6 (2nd Floor) |

**JOINT EXHIBIT LIST**

Case Title: Ventura Content, Ltd. v. Motherless, Inc., et al.

Case No.: CV11-05912 SVW (FMOx)

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Screen capture, motherless.com at beta development stage, dated October 19, 2008 [Lange Deposition, Vol. 1] | | |
| 2. | Screen capture, motherless.com, upload page [Lange Deposition, Vol. 1] | | |
| 3. | Screen capture, motherless.com, original website, dated December 7, 2008 [Lange Deposition, Vol. 1] | | |
| 4. | Screen capture, motherless.com, first version of website, dated January 3, 2008 [Lange Deposition, Vol. 1] | | |
| 5. | Screen capture, motherless.com, current version of website [Lange Deposition, Vol. 1] | | |
| 6. | Screen capture, motherless.com, Premium Membership Page [Lange Deposition, Vol. 1] | | |
| 7. | Screen capture, motherless.com, "Groups: Fizzle's Celebrity Playhouse" [Lange Deposition, Vol. 1] | | |
| 8. | Screen capture, motherless.com, Terms of Use, as captured February 13, 2012 [Lange Deposition, Vol. 1] | | |
| 9. | Screen capture, motherless.com, profile for "Kristy7817" [Lange Deposition, Vol. 1] | | |
| 10. | Screen capture, motherless.com, Premium Page, "The Motherless Team," original posting of job description for "MX," aka "Fizzle" [Lange Deposition, Vol. 1] | | |
| 11. | Screen capture, motherless.com, Premium Page, "The Motherless Team," updated posting of job description for "MX," aka "Fizzle" [Lange Deposition, Vol. 1] | | |
| 12. | Screen capture, motherless.com, "The Motherless Team," Member Page with list of top members / top uploaders [Lange Deposition, Vol. 1] | | |

21030.1

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 13. | Screen capture, motherless.com, Frequently Asked Questions [Lange Deposition, Vol. 1] | | |
| 14. | Screen capture, motherless.com, Privacy Policy [Lange Deposition, Vol. 1] | | |
| 15. | Interim Designation of Agent to Receive Notification of Claimed Infringement, Josh Lange listed as Agent for Service Provider Hidebehind, Inc., stamped received by the Copyright Office, November 5, 2007 [Lange Deposition, Vol. 1] | | |
| 16. | Interim Designation of Agent to Receive Notification of Claimed Infringement, listing Josh Lange as Agent for Service Provider Motherless, Inc., stamped received by the Copyright Office, November 30, 2009 [Lange Deposition, Vol. 1] | | |
| 17. | Screen capture, motherless.com, "Groups: Listings" [Lange Deposition, Vol. 1] | | |
| 18. | Screen capture, motherless.com, "Boards: Confessions" [Lange Deposition, Vol. 1] | | |
| 19. | E-mail [and related chain] from Tony@removeyourcontent.com to jlange@dulacska.com, dated, November 5, 2010, "re: Dmcas not being acted on by your client" [Lange Deposition, Vol. 1] | | |
| 20. | Series of emails from mdlsfever@gmail.com to admin@motherless.com, starting date December 3, 2010, re: DMCA Takedown Notices [Lange Deposition, Vol. 1] | | |
| 21. | Screen capture, motherless.com, "bbq69" account page [Lange Deposition, Vol. 1] | | |
| 22. | Motherless.com, profile of "MX," listing 1 upload as of February 9, 2012 [Lange Deposition, Vol. 1] | | |
| 23. | Motherless.com, profile of "mx," listing 24,373 uploads as of September 23, 2011 [Lange Deposition, Vol. 1] | | |
| 24. | Motherless.com, profile of "WannaKnow" [Lange Deposition, Vol. 1] | | |

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 25. | Motherless.com, profile of "headz" (Sean Hickey) [Lange Deposition, Vol. 1] | | |
| 26. | Screen capture, motherless.com, "Top Referers" [Lange Deposition, Vol. 2] | | |
| 27. | Screen capture, motherless.com, Premium Membership Page, "Our Friends" [Lange Deposition, Vol. 2] | | |
| 28. | *Deliberately Left Blank* | | |
| 29. | Email from David S. Richman to Peter R. Afrasiabi, dated March 10, 2012, re: "Motherless 3.10.12 Supplemental Production (Website Members – Part 1)," (D 005147-D 007532) [Lange Deposition, Vol. 2] | | |
| 30. | Email from David S. Richman to Peter R. Afrasiabi, dated March 10, 2012, re: "Motherless 3.10.12 Supplemental Production (Website Members – Part 2)," (D 007533-D 009532) [Lange Deposition, Vol. 2] | | |
| 31. | Email from David S. Richman to Peter R. Afrasiabi, dated March 10, 2012, re: "Motherless 3.10.12 Supplemental Production (Website Members – Part 3)," (D 009533-D 013919) [Lange Deposition, Vol. 2] | | |
| 32. | Email from David S. Richman to Peter R. Afrasiabi, dated March 10, 2012, re: "Motherless 3.10.12 Supplemental Production (Premium Website Members)," (D 013920-D 013952) [Lange Deposition, Vol. 2] | | |
| 33. | Email from David S. Richman to Peter R. Afrasiabi, dated March 10, 2012, re: "Motherless 3.10.12 Supplemental Production (Deleted Website Members)," (D 013953-D 014565) [Lange Deposition, Vol. 2] | | |
| 34. | Email from David S. Richman to Peter R. Afrasiabi, dated March 19, 2012, re: "Ventura Content v. Motherless," providing link to 33 Ventura Content clips removed from motherless.com website, (D 014566-D 014597) [Lange Deposition, Vol. 2] | | |

21030.1

4

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 35. | Email from David S. Richman to Peter R. Afrasiabi, dated March 19, 2012, re: "Motherless 3.10.12 Supplemental Production (User Data for the 33 Ventura Content clips on the Website," (D 014566-D 014597) [Lange Deposition, Vol. 2] | | |
| 36. | www.motherless.com, "Map Overlay," dated February 27, 2012 [Lange Deposition, Vol. 2] | | |
| 37. | Email from David S. Richman to Peter R. Afrasiabi, dated March 21, 2012, re: "Motherless 3.20.12 Supplemental Production (Non-Compliant Take Down Requests)," (D 014601-D 016148) [Lange Deposition, Vol. 2] | | |
| 38. | Email from David S. Richman to Peter R. Afrasiabi, dated March 21, 2012, re: "Motherless 3.20.12 Supplemental Production (Admin Deleted Content)," (D 016149-D 052025) [Lange Deposition, Vol. 2] | | |
| 39. | www.motherless.com, "Map Overlay," dated January 1, 2009 – March 26, 2012 [Lange Deposition, Vol. 2] | | |
| 40. | Motherless, Inc.'s listing of uploads flagged as "hash" that were intercepted, deleted and stored in a separate database [Lange Deposition, Vol. 2] | | |
| 41. | Motherless, Inc.'s listing of "Deleted Members with Dates" [Lange Deposition, Vol. 2] | | |
| 42. | List of Profiles from motherless.com of site owner, administrative team, and individuals that uploaded Ventura Content, Ltd. profiles [Lange Deposition, Vol. 2] | | |
| 43. | *Deliberately Left Blank* | | |
| 44. | *Deliberately Left Blank* | | |
| 45. | List of motherless.com user-created groups [Lange Deposition, Vol. 3] | | |
| 46. | Email posted on motherless.com from voyeur1958 to Kristy7187 re: "Credits," dated April 17, 2012 [Lange Deposition, Vol. 3] | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 47. | Screen capture, motherless.com, Premium Membership Page, "Couples Seduce Teens, Volume 9 –Lexi Belle" [Lange Deposition, Vol. 3] | | |
| 48. | *Deliberately Left Blank* | | |
| 49. | *Deliberately Left Blank* | | |
| 50. | *Deliberately Left Blank* | | |
| 51. | *Deliberately Left Blank* | | |
| 52. | *Deliberately Left Blank* | | |
| 53. | *Deliberately Left Blank* | | |
| 54. | *Deliberately Left Blank* | | |
| 55. | *Deliberately Left Blank* | | |
| 56. | *Deliberately Left Blank* | | |
| 57. | *Deliberately Left Blank* | | |
| 58. | *Deliberately Left Blank* | | |
| 59. | *Deliberately Left Blank* | | |
| 60. | *Deliberately Left Blank* | | |
| 61. | *Deliberately Left Blank* | | |
| 62. | *Deliberately Left Blank* | | |
| 63. | *Deliberately Left Blank* | | |
| 64. | *Deliberately Left Blank* | | |
| 65. | *Deliberately Left Blank* | | |
| 66. | *Deliberately Left Blank* | | |
| 67. | *Deliberately Left Blank* | | |
| 68. | *Deliberately Left Blank* | | |
| 69. | *Deliberately Left Blank* | | |
| 70. | *Deliberately Left Blank* | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 71. | *Deliberately Left Blank* | | |
| 72. | *Deliberately Left Blank* | | |
| 73. | *Deliberately Left Blank* | | |
| 74. | *Deliberately Left Blank* | | |
| 75. | *Deliberately Left Blank* | | |
| 76. | *Deliberately Left Blank* | | |
| 77. | *Deliberately Left Blank* | | |
| 78. | *Deliberately Left Blank* | | |
| 79. | *Deliberately Left Blank* | | |
| 80. | *Deliberately Left Blank* | | |
| 81. | *Deliberately Left Blank* | | |
| 82. | *Deliberately Left Blank* | | |
| 83. | *Deliberately Left Blank* | | |
| 84. | *Deliberately Left Blank* | | |
| 85. | *Deliberately Left Blank* | | |
| 86. | *Deliberately Left Blank* | | |
| 87. | *Deliberately Left Blank* | | |
| 88. | *Deliberately Left Blank* | | |
| 89. | *Deliberately Left Blank* | | |
| 90. | *Deliberately Left Blank* | | |
| 91. | *Deliberately Left Blank* | | |
| 92. | *Deliberately Left Blank* | | |
| 93. | *Deliberately Left Blank* | | |
| 94. | *Deliberately Left Blank* | | |
| 95. | *Deliberately Left Blank* | | |

21030.1

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 96. | *Deliberately Left Blank* | | |
| 97. | *Deliberately Left Blank* | | |
| 98. | *Deliberately Left Blank* | | |
| 99. | *Deliberately Left Blank* | | |
| 100. | Screen Capture, motherless.com, email [and related chain] from RealLizvicious to Kristy7187, dated June 14, 2012, re: copyright compliance for photos and videos postings [Hoffpauir Deposition] | | |
| 101. | Screen capture, email from admin@motherless.com (DEWEZ) to Kristy7187, dated August 9, 2012, re: termination of motherless.com account due to number of DMCA notices [Hoffpauir Deposition] | | |
| 102. | Screen Capture, motherless.com, email [and related chain] from sara88 to Kristy7187, dated June 11, 2012, re: "pls help me by singing up" [Hoffpauir Deposition] | | |
| 103. | Screen Capture, motherless.com, emails to Kristy7187 from (1) Jimjamer, dated June 29, 2012, re: "fwd: Your Upload Links for Friday, June 29th 2012"; and (2) Yankeeman, dated July 7, 2012, re: "The 40 Most enjoyed videos" [Hoffpauir Deposition] | | |
| 104. | Defendant Joshua Lange's Responses to Plaintiff's First Set of Requests for Production of Documents, dated February 1, 2012 | | |
| 105. | Defendant Motherless, Inc.'s Responses to Plaintiff's First Set of Requests for Production of Documents, dated February 1, 2012 | | |
| 106. | Defendant Joshua Lange's Responses to Plaintiff's First Set of Interrogatories, dated February 1, 2012 | | |
| 107. | Defendant Motherless, Inc.'s Responses to Plaintiff's First Set of Interrogatories, dated February 1, 2012 | | |

21030.1

8

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 108. | Defendant Joshua Lange's Response to Plaintiff's Request for Supplemental Responses to Plaintiff's Request for Production Nos. 20 and 29, dated September 20, 2012 | | |
| 109. | Defendant Motherless, Inc.'s Response to Plaintiff's Request for Supplemental Responses to Plaintiff's Request for Production Nos. 20 and 29, dated September 20, 2012 | | |
| 110. | Defendant Joshua Lange's Responses to Plaintiff's Second Set of Requests for Production of Documents and Things, dated September 20, 2012 | | |
| 111. | Defendant Motherless, Inc.'s Responses to Plaintiff's Second Set of Requests for Production of Documents and Things, dated September 20, 2012 | | |
| 112. | Defendant Joshua Lange's Responses to Plaintiff's Second Set of Interrogatories, dated September 20, 2012 | | |
| 113. | Defendant Motherless, Inc.'s Responses to Plaintiff's Second Set of Interrogatories, dated September 20, 2012 | | |
| 114. | Screen capture, motherless.com, Terms of Use, as captured on June 14, 2011 [VENTURA 000057-62] | | |
| 115. | Screen capture, motherless.com, Records Keeping Requirements Compliance Statement [VENTURA 000460-461] | | |
| 116. | Screen capture, motherless.com, Premium Page, "Groups: Jailbait" [VENTURA 000774-779] | | |
| 117. | Screen capture, motherless.com, Terms of Use, as captured on June 14, 2012 [VENTURA 000786-791] | | |
| 118. | Screen capture, motherless.com, re: motherless.com during beta development stage [VENTURA 000794] | | |
| 119. | Motherless.com, Kristy8178's profile [VENTURA 000819-823] | | |

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 120. | Motherless.com, "About Us," from web.archive.org, dated July 17, 2011 [VENTURA 000824-825] | | |
| 121. | Screen Capture, motherless.com/AF341F3, "Random Image Random Video" for Kristy8178 [VENTURA 000828-836] | | |
| 122. | List of infringed works [VENTURA 000910-911] | | |
| 123. | List of infringed works with url from motherless.com website, episode ID, DVD name, copyright registration number, producer, and chain of title description [VENTURA 000912-915] | | |
| 124. | List of infringed works with url from motherless.com, episode ID, and DVD name [VENTURA 000916-917] | | |
| 125. | List of infringed works with url from motherless.com,, episode ID, DVD name, and copyright registration number [VENTURA 000918-919] | | |
| 126. | Content managers' screen captures [VENTURA 000920-973, 000980-981, 000985-1012] | | |
| 127. | Copyright registrations relevant to the infringed works [VENTURA 001057-1122] | | |
| 128. | Contracts entered into between Ventura Content, Ltd. and various third parties related to the infringed works [VENTURA 000073-87, 000313-346, 000355-358, 000360-361, 000389-393, 000396-429, 001013-1056] | | |
| 129. | Screen captures from motherless.com, showing infringed works [VENTURA 001131-1141, 001143-1179] | | |
| 130. | Plaintiff's Financial Statements [VENTURA 0001123-1130] | | |
| 131. | Plaintiff's User Count [VENTURA 0001180] | | |
| 132. | Motherless.com's revenues per month from its inception [VENTURA 001181] | | |
| 133. | *Deliberately Left Blank* | | |

21030.1

10

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|----------------|
| 134. | *Deliberately Left Blank* | | |
| 135. | *Deliberately Left Blank* | | |
| 136. | *Deliberately Left Blank* | | |
| 137. | *Deliberately Left Blank* | | |
| 138. | *Deliberately Left Blank* | | |
| 139. | *Deliberately Left Blank* | | |
| 140. | *Deliberately Left Blank* | | |
| 141. | *Deliberately Left Blank* | | |
| 142. | *Deliberately Left Blank* | | |
| 143. | *Deliberately Left Blank* | | |
| 144. | *Deliberately Left Blank* | | |
| 145. | *Deliberately Left Blank* | | |
| 146. | *Deliberately Left Blank* | | |
| 147. | *Deliberately Left Blank* | | |
| 148. | *Deliberately Left Blank* | | |
| 149. | *Deliberately Left Blank* | | |
| 150. | *Deliberately Left Blank* | | |
| 151. | *Deliberately Left Blank* | | |
| 152. | *Deliberately Left Blank* | | |
| 153. | *Deliberately Left Blank* | | |
| 154. | *Deliberately Left Blank* | | |
| 155. | *Deliberately Left Blank* | | |
| 156. | *Deliberately Left Blank* | | |
| 157. | *Deliberately Left Blank* | | |
| 158. | *Deliberately Left Blank* | | |

21030.1

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 159. | *Deliberately Left Blank* | | |
| 160. | *Deliberately Left Blank* | | |
| 161. | *Deliberately Left Blank* | | |
| 162. | *Deliberately Left Blank* | | |
| 163. | *Deliberately Left Blank* | | |
| 164. | *Deliberately Left Blank* | | |
| 165. | *Deliberately Left Blank* | | |
| 166. | *Deliberately Left Blank* | | |
| 167. | *Deliberately Left Blank* | | |
| 168. | *Deliberately Left Blank* | | |
| 169. | *Deliberately Left Blank* | | |
| 170. | *Deliberately Left Blank* | | |
| 171. | *Deliberately Left Blank* | | |
| 172. | *Deliberately Left Blank* | | |
| 173. | *Deliberately Left Blank* | | |
| 174. | *Deliberately Left Blank* | | |
| 175. | *Deliberately Left Blank* | | |
| 176. | *Deliberately Left Blank* | | |
| 177. | *Deliberately Left Blank* | | |
| 178. | *Deliberately Left Blank* | | |
| 179. | *Deliberately Left Blank* | | |
| 180. | *Deliberately Left Blank* | | |
| 181. | *Deliberately Left Blank* | | |
| 182. | *Deliberately Left Blank* | | |
| 183. | *Deliberately Left Blank* | | |

21030.1

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 184. | *Deliberately Left Blank* | | |
| 185. | *Deliberately Left Blank* | | |
| 186. | *Deliberately Left Blank* | | |
| 187. | *Deliberately Left Blank* | | |
| 188. | *Deliberately Left Blank* | | |
| 189. | *Deliberately Left Blank* | | |
| 190. | *Deliberately Left Blank* | | |
| 191. | *Deliberately Left Blank* | | |
| 192. | *Deliberately Left Blank* | | |
| 193. | *Deliberately Left Blank* | | |
| 194. | *Deliberately Left Blank* | | |
| 195. | *Deliberately Left Blank* | | |
| 196. | *Deliberately Left Blank* | | |
| 197. | *Deliberately Left Blank* | | |
| 198. | *Deliberately Left Blank* | | |
| 199. | *Deliberately Left Blank* | | |
| 200. | *Deliberately Left Blank* | | |
| 201. | NYS Department of State Division of Corporations Entity Information (Hidebehind) | | |
| 202. | Hidebehind DMCA designation (D 002,629) | | |
| 203. | Nudetube.com home page | | |
| 204. | NYS Department of State Division of Corporations Entity Information (Motherless) | | |
| 205. | Motherless Certificate of Incorporation | | |
| 206. | Motherless Election By A Small Business Corporation | | |
| 207. | Email from BuyDomains.com | | |

21030.1

**13**

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 208. | BuyDomains.com purchase receipt | | |
| 209. | Contract between Motherless and Quasar Data Center Ltd. | | |
| 210. | Contract between Motherless and NTT Communications | | |
| 211. | Contract between Motherless and LALIB Advertising Agreement | | |
| 212. | Plaintiff's DVD (including packaging) of "Cream Pie Blowout Vol. 3" | | |
| 213. | Plaintiff's DVD (including packaging) of "Huge Boobs Galore Vol. 5" | | |
| 214. | Plaintiff's DVD (including packaging) of "Her First Big Cock Vol. 3" | | |
| 215. | Plaintiff's DVD (including packaging) of "All Girl Revue Vol. 7" | | |
| 216. | Plaintiff's DVD (including packaging) of "All Girl Revue Vol. 8" | | |
| 217. | Plaintiff's DVD (including packaging) of "Couples Seduce Teens Vol. 4" | | |
| 218. | Plaintiff's DVD (including packaging) of "Couples Seduce Teens Vol. 5" | | |
| 219. | Plaintiff's DVD (including packaging) of "Couples Seduce Teens Vol. 9" | | |
| 220. | Plaintiff's DVD (including packaging) of "Her First Lesbian Sex Vol. __" | | |
| 221. | Plaintiff's DVD (including packaging) of "Her First Lesbian Sex Vol. 2" | | |
| 222. | Plaintiff's DVD (including packaging) of "Her First Lesbian Sex Vol. 3" | | |
| 223. | Plaintiff's DVD (including packaging) of "Her First Lesbian Sex Vol. 11" | | |
| 224. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 1" | | |

21030.1

14

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 225. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 2" | | |
| 226. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 3" | | |
| 227. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 5" | | |
| 228. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 6" | | |
| 229. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 7" | | |
| 230. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 8" | | |
| 231. | Plaintiff's DVD (including packaging) of "Wife Switch Vol. 9" | | |
| 232. | Plaintiff's copyright registration for "Cream Pie Blowout Vol. 3" | | |
| 233. | Plaintiff's copyright registration for "Huge Boobs Galore Vol. 5" | | |
| 234. | Plaintiff's copyright registration for "Her First Big Cock Vol. 3" | | |
| 235. | Plaintiff's copyright registration for "All Girl Revue Vol. 7" | | |
| 236. | Plaintiff's copyright registration for "All Girl Revue Vol. 8" | | |
| 237. | Plaintiff's copyright registration for "Couples Seduce Teens Vol. 4" | | |
| 238. | Plaintiff's copyright registration for "Couples Seduce Teens Vol. 5" | | |
| 239. | Plaintiff's copyright registration for "Couples Seduce Teens Vol. 9" | | |
| 240. | Plaintiff's copyright registration for "Her First Lesbian Sex Vol. __" | | |
| 241. | Plaintiff's copyright registration for "Her First Lesbian Sex Vol. 2" | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 242. | Plaintiff's copyright registration for "Her First Lesbian Sex Vol. 3" | | |
| 243. | Plaintiff's copyright registration for "Her First Lesbian Sex Vol. 11" | | |
| 244. | Plaintiff's copyright registration for "Wife Switch Vol. 1" | | |
| 245. | Plaintiff's copyright registration for "Wife Switch Vol. 2" | | |
| 246. | Plaintiff's copyright registration for "Wife Switch Vol. 3" | | |
| 247. | Plaintiff's copyright registration for "Wife Switch Vol. 5" | | |
| 248. | Plaintiff's copyright registration for "Wife Switch Vol. 6" | | |
| 249. | Plaintiff's copyright registration for "Wife Switch Vol. 7" | | |
| 250. | Plaintiff's copyright registration for "Wife Switch Vol. 8" | | |
| 251. | Plaintiff's copyright registration for "Wife Switch Vol. 9" | | |
| 252. | Pink Visual Trademark Registration | | |
| 253. | Clip #1 uploaded onto motherless.com | | |
| 254. | Clip #2 uploaded onto on motherless.com | | |
| 255. | Clip #3 uploaded onto on motherless.com | | |
| 256. | Clip #4 uploaded onto on motherless.com | | |
| 257. | Clip #5 uploaded onto on motherless.com | | |
| 258. | Clip #6 uploaded onto on motherless.com | | |
| 259. | Clip #7 uploaded onto on motherless.com | | |
| 260. | Clip #8 uploaded onto on motherless.com | | |
| 261. | Clip #9 uploaded onto on motherless.com | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 262. | Clip #10 uploaded onto on motherless.com | | |
| 263. | Clip #11 uploaded onto on motherless.com | | |
| 264. | Clip #12 uploaded onto on motherless.com | | |
| 265. | Clip #13 uploaded onto on motherless.com | | |
| 266. | Clip #14 uploaded onto on motherless.com | | |
| 267. | Clip #15 uploaded onto on motherless.com | | |
| 268. | Clip #16 uploaded onto on motherless.com | | |
| 269. | Clip #17 uploaded onto on motherless.com | | |
| 270. | Clip #18 uploaded onto on motherless.com | | |
| 271. | Clip #19 uploaded onto on motherless.com | | |
| 272. | Clip #20 uploaded onto on motherless.com | | |
| 273. | Clip #21 uploaded onto on motherless.com | | |
| 274. | Clip #22 uploaded onto on motherless.com | | |
| 275. | Clip #23 uploaded onto on motherless.com | | |
| 276. | Clip #24 uploaded onto on motherless.com | | |
| 277. | Clip #25 uploaded onto on motherless.com | | |
| 278. | Clip #26 uploaded onto on motherless.com | | |
| 279. | Clip #27 uploaded onto on motherless.com | | |
| 280. | Clip #28 uploaded onto on motherless.com | | |
| 281. | Clip #29 uploaded onto on motherless.com | | |
| 282. | Clip #30 uploaded onto on motherless.com | | |
| 283. | Clip #31 uploaded onto on motherless.com | | |
| 284. | Clip #32 uploaded onto on motherless.com | | |
| 285. | Clip #33 uploaded onto on motherless.com | | |
| 286. | Motherless.com summary of user data for 33 clips | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 287. | Motherless.com user profile of funboy 54 | | |
| 288. | Motherless.com user profile of humm2 | | |
| 289. | Motherless.com user profile of ceew | | |
| 290. | Motherless.com user profile of newzsurfer | | |
| 291. | Motherless.com user profile of siixxT9 | | |
| 292. | Motherless.com user profile of suckitgoodbabe | | |
| 293. | Motherless.com user profile of calke | | |
| 294. | Motherless.com user profile of kristy7187 | | |
| 295. | Letter dated 9/14/11 from Dunne/Richman to Afrasiabi | | |
| 296. | Letter dated 10/6/11 from Dunne/Richman to Afrasiabi | | |
| 297. | Letter dated 11/11/11 from Dunne/Richman to Tehranian | | |
| 298. | Letter dated 11/23/11 from Tehranian to Dunne/Richman | | |
| 299. | Motherless.com printout showing 33 clips deleted on 11/23/11 | | |
| 300. | Motherless.com "Home" pages | | |
| 301. | Motherless.com "About Us" pages | | |
| 302. | Motherless.com "Contact Us" pages | | |
| 303. | Motherless.com "FAQ" pages | | |
| 304. | Motherless.com "Jobs" pages | | |
| 305. | Motherless.com "Premium" pages | | |
| 306. | Motherless.com "Join" pages | | |
| 307. | Motherless.com "Login" pages | | |
| 308. | Motherless.com "Videos" pages | | |
| 309. | Motherless.com "Images" pages | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 310. | Motherless.com "Groups" pages | | |
| 311. | Motherless.com "Galleries" pages | | |
| 312. | Motherless.com "Members" pages | | |
| 313. | Motherless.com "Boards" pages | | |
| 314. | Motherless.com "Chat" pages | | |
| 315. | Motherless.com "Store" pages | | |
| 316. | Motherless.com "Classifieds" pages | | |
| 317. | Motherless.com "Upload" pages | | |
| 318. | Motherless.com "F___book" pages | | |
| 319. | Motherless.com "Our Friends" pages | | |
| 320. | Motherless.com DMCA pages | | |
| 321. | Motherless.com Terms Of Use pages | | |
| 322. | Motherless.com Privacy Policy pages | | |
| 323. | Motherless.com 18 U.S.C. 2257 Records pages | | |
| 324. | Motherless.com RTA Verified pages | | |
| 325. | Motherless.com "Report" pages | | |
| 326. | Motherless.com "Top Referrers" pages | | |
| 327. | Motherless.com "Takedown Login" pages | | |
| 328. | Motherless.com list of "Takedown Users" | | |
| 329. | Motherless.com list of total active files | | |
| 330. | Motherless.com list of active images | | |
| 331. | Motherless.com list of active videos | | |
| 332. | Motherless.com list of total members | | |
| 333. | Motherless.com list of premium members | | |
| 334. | Motherless.com list of user groups | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 335. | Motherless.com list of approved user groups | | |
| 336. | Motherless.com list of deleted and rejected user groups | | |
| 337. | Motherless.com list of number of uploads (files/per day) since 2008 | | |
| 338. | Motherless.com list of number of uploads (files/per day) since 11/23/11 | | |
| 339. | Motherless.com list of number of visits (per day) since 2008 | | |
| 340. | Motherless.com list of number of visits (per day) since 11/23/11 | | |
| 341. | Motherless.com list of hits on 33 clips | | |
| 342. | Google Analytics Data for motherless.com | | |
| 343. | Motherless.com 2009 "Interim Designation Of Agent To Receive Notification Of Claimed Infringement" form | | |
| 344. | Motherless.com 2012 "Interim Designation Of Agent To Receive Notification Of Claimed Infringement" form | | |
| 345. | DMCA take-down notices (compliant ) sent to motherless.com | | |
| 346. | DMCA take-down notices (non-compliant) sent to motherless.com | | |
| 347. | Motherless.com "thumbnails" page for MD5 hashing program | | |
| 348. | Motherless.com list of rejected uploads | | |
| 349. | Motherless.com list of total deleted files since 2008 | | |
| 350. | Motherless.com list of total deleted images since 2008 | | |
| 351. | Motherless.com list of total deleted videos since 2008 | | |
| 352. | Motherless.com list of terminated members | | |

21030.1

20

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 353. | Take-down notices for funboy 54 sent to motherless.com | | |
| 354. | Take-down notices for humm2 sent to motherless.com | | |
| 355. | Take-down notices for ceew sent to motherless.com | | |
| 356. | Take-down notices for newzsurfer sent to motherless.com | | |
| 357. | Take-down notices for siixxT9 sent to motherless.com | | |
| 358. | Take-down notices for suckitgoodbabe sent to motherless.com | | |
| 359. | Take-down notices for calke sent to motherless.com | | |
| 360. | Take-down notices for kristy7187 sent to motherless.com | | |
| 361. | Motherless.com list of account notices for funboy 54 | | |
| 362. | Motherless.com list of account notices for humm2 | | |
| 363. | Motherless.com list of account notices for ceew | | |
| 364. | Motherless.com list of account notices for newzsurfer | | |
| 365. | Motherless.com list of account notices for siixxT9 | | |
| 366. | Motherless.com list of account notices for suckitgoodbabe | | |
| 367. | Motherless.com list of account notices for calke | | |
| 368. | Motherless.com list of account notices for kristy7187 | | |
| 369. | Motherless.com list of users for whom a file has been deleted | | |
| 370. | Motherless, Inc. Tax Returns (2008) | | |

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 371. | Motherless, Inc. Tax Returns (2009) | | |
| 372. | Motherless, Inc. Tax Returns (2010) | | |
| 373. | Motherless, Inc. Tax Returns (2011) | | |
| 374. | Motherless, Inc., bank statement for 1/12 | | |
| 375. | Motherless, Inc., bank statement for 2/12 | | |
| 376. | Motherless, Inc., bank statement for 3/12 | | |
| 377. | Motherless, Inc., bank statement for 4/12 | | |
| 378. | Motherless, Inc., bank statement for 5/12 | | |
| 379. | Motherless, Inc., bank statement for 6/12 | | |
| 380. | Motherless, Inc., bank statement for 7/12 | | |
| 381. | Motherless, Inc., bank statement for 8/12 | | |
| 382. | Motherless, Inc., bank statement for 9/12 | | |
| 383. | Motherless, Inc., bank statement for 10/12 | | |
| 384. | Lange Tax Returns 2008 | | |
| 385. | Lange Tax Returns 2009 | | |
| 386. | Lange Tax Returns 2010 | | |
| 387. | Lange Tax Returns 2011 | | |
| 388. | Barbara Luna's expert report and related papers | | |
| 389. | Pink Visual website pages | | |
| 390. | Plaintiff's consolidated financial information | | |
| 391. | Plaintiff's list of entities included in consolidated financial information | | |
| 392. | NYS Department of State Division of Corporations Entity Information (Hidebehind) | | |
| 393. | Hidebehind DMCA designation (D 002,629) | | |
| 394. | Nudetube.com home page | | |

21030.1

**JOINT EXHIBIT LIST**

| EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 395. | NYS Department of State Division of Corporations Entity Information (Motherless) | | |
| 396. | Motherless Certificate of Incorporation | | |
| 397. | Motherless Election By A Small Business Corporation | | |
| 398. | Email from BuyDomains.com | | |
| 399. | BuyDomains.com purchase receipt | | |
| 400. | Contract between Motherless and Quasar Data Center Ltd. | | |
| 401. | Contract between Motherless and NTT Communications | | |

Dated:  October 8, 2012          **ONE LLP**

                                    By:   /s/ Christopher W. Arledge
                                        Christopher W. Arledge
                                        Peter Afrasiabi
                                        John Tehranian

                                        *Attorneys for Plaintiff Ventura Content Ltd.*

Dated:  October 8, 2012          **THEODORA ORINGHER PC**

                                    By:   /s/ David S. Richman
                                        David S. Richman

                                        *Attorneys for Defendants Motherless, Inc. and Joshua Lange*

21030.1

23