UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-05912-SVW-FMO | Date | October 29, 2012 |
|---|---|---|---|
| Title | Ventura Content Ltd v. Motherless Inc et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Chris Arledge<br>Peter Afrasiabi | David S. Richman | |

**Proceedings:** PRETRIAL CONFERENCE (JT 11/06/12)
[43] NOTICE OF MOTION AND MOTION to Bifurcate trials on plaintiff's copyright infringement and Business and Professions Code Section 17200 claims, or severance of these two claims filed by Defendants Joshua Lange, Motherless Inc.
Dfts MIL:
(1) to Exclude evidence concerning Defendants' purported obligation to comply with 18 U.S.C. 2257 and Defendants' purported unfair business practices under California Business & Professions Code 17200 filed by Defendants Joshua Lange, Motherless Inc. [38]
(2) to Exclude illegal conduct filed by Defendants Joshua Lange, Motherless Inc. [39]
(3) to Exclude the inquiry by the Attorney General of the State of New York in 2012 regarding Motherless' website filed by Defendants Joshua Lange, Motherless Inc. [40]
(4) to Exclude evidence concerning hidebehind.com filed by Defendants Joshua Lange, Motherless Inc. [41]
(5) to Exclude evidence concerning "pirate" websites filed by Defendants Joshua Lange, Motherless Inc. [42]

    Hearing and conference held. The Court orders the parties to view the video tomorrow. After viewing the video, the parties shall each file a submission or a stipulation whether the video contained copyright notice, a title, or a watermark. The filing is due no later than the close of business on Thursday, November 1, 2012.
    The motion is submitted. Order to issue.

| | : | 24 |
|---|---|---|
| | Initials of Preparer | PMC |