Peter Afrasiabi, Esq. (Bar No. 193336)
John Tehranian, Esq. (Bar No. 211616)
Christopher W. Arledge (Bar No. 200767)
Imran F. Vakil (Bar No. 248859)
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Jessica M. Pena, Esq. (AZ Bar No. 024995)
*Pro Hac Vice*
2010 North Camino Serna
Tucson, AZ 85715
Telephone:  (520) 290-0910, Ext. 1103
Facsimile:   (520) 258-4045

*Attorneys for Plaintiff,*
*Ventura Content Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA CONTENT, LTD., an Anguilla corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTHERLESS, INC., a New York corporation; JOSHUA "JOSH" LANGE, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV11-05912 SVW (FMOx)<br>Hon. Stephen V. Wilson<br><br>**NOTICE OF APPEAL** |

1  **NOTICE IS HEREBY GIVEN** that plaintiff Ventura Content, Ltd., in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the attached orders dated July 3, 2013 and July 25, 2013, true and correct copies of which are attached as Exhibits A and B, respectively, granting Defendants' Motion for Summary Judgment as to Plaintiff's copyright infringement claims, and dismissing Plaintiff's state-law claim without prejudice.

Dated: July 31, 2013

**ONE LLP**

By:  /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Christopher W. Arledge
Attorneys for Plaintiff,
Ventura Content, Ltd.