# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-5912-SVW-FMO | Date | July 25, 2013 |
|---|---|---|---|
| Title | Ventura Content Ltd. v. Motherless Inc., et al. | | |

# JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER Re DIMISSAL WITHOUT PREJUDICE [105]

On July 3, 2013, this Court issued its Order granting Defendants' motion for summary judgment as to Plaintiff's copyright infringement claims. In that Order, the Court instructed Plaintiff to file notice with this Court no later than July 23, 2013, as to whether or not Plaintiff wished to pursue its state-law claim in this Court. The July 3, 2013 Order further informed Plaintiff that a failure to respond by July 23, 2013 would result in dismissal of that claim without prejudice.

As of July 25, 2013, Plaintiff has failed to file any notice with this Court. Therefore, consistent with this Court's July 3, 2013 Order, Plaintiff's state-law claim is DISMISSED WITHOUT PREJUDICE. Plaintiff may pursue its state-law claim in state court.

: 

Initials of Preparer PMC