```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                            ---

 4

 5   THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

 6

 7   VENTURA CONTENT, INC., LIMITED,)
                                    )
 8            Plaintiff,            )
                                    )
 9      vs.                         )      No. CV 11-5912-SVW
                                    )
10                                  )
     MOTHERLESS INC., etc., et al., )
11                                  )
              Defendants.           )
12   _____)

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  LOS ANGELES, CALIFORNIA

17                 MONDAY, NOVEMBER 1, 2012

18

19

20

21

22   _____

23             DEBORAH K. GACKLE, CSR, RPR
                  United States Courthouse
24          312 North Spring Street, Room 402A
               Los Angeles, California 90012
25                    (213) 620-1149
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3
 4       For the Plaintiff:
 5
 6           Christopher W Arledge
             Peter R Afrasiabi
 7           One LLP
             West Tower
 8           4000 MacArthur Boulevard Suite 1100
             Newport Beach, CA 92660
 9           949-502-2870
             Fax: 949-258-5081
10           Email: pafrasiabi@onellp.com
11
12
13
14       For the Defendant:
15
16
             David S Richman
17           Theodora Oringher Miller & Richman PC
             10880 Wilshire Boulevard Suite 1700
18           Los Angeles, CA 90024-4101
             310-557-2009
19           Fax: 310-551-0283
             Email: drichman@tocounsel.com
20
21                       - - - - -
22
23
24
25
```

1   **LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 1, 2012; 2:00 P.M.**

2                              - - - - -

3

4           THE CLERK:  Item 1, CV 11-5912-SVW, Ventura Content,

5   Limited versus Motherless, Incorporated, et al.

6           Counsel, please state your appearances.

7           MR. AFRASIABI:  Good afternoon, Your Honor.  Peter

8   Afrasiabi on behalf of the plaintiff, Ventura Content.

9           MR. ARLEDGE:  Chris Arledge, also behalf of the

10  plaintiff.

11          MR. RICHMAN:  Good afternoon, Your Honor.  David

12  Richman on behalf of defendants.

13          THE COURT:  When we had our initial pretrial

14  conference on Monday of this week, based upon some of the

15  arguments and also based upon some of the court's independent

16  research, it now appears to me the plaintiff has stated a case

17  of direct infringement, because there is no issue about the

18  copyright and -- of the films and the only question that I had

19  was with respect to whether the uploading of the films onto the

20  Motherless website would satisfy the second element of direct

21  infringement, that is, that the defendants reproduced, prepared

22  derivative works from, disputed, performed or displayed a

23  copyrighted work without the authority of the copyright holder;

24  and here, it's pretty plain from Ninth Circuit authority and

25  other authority that what was done was, at a minimum,

1    displaying the works, and that's supported by the teaching of
2    the *Perfect 10* case in the Ninth Circuit and other circuits.
3            So there are a number of questions that deal with
4    contributory infringement and with vicarious infringement, but
5    with regard to both contributory infringement and vicarious
6    infringement, one element is that direct infringement occurred.
7    So it seems pointless to delve into vicarious infringement or
8    vicarious -- contributory infringement because if there is no
9    direct infringement, there can't be those other types of
10   infringement.
11           So that means that the litigation will concern the
12   safe harbor defense, defendant's safe harbor defense, and there
13   it is the defendant's burden, and there are a number of factors
14   that have to be satisfied, and there have been no summary
15   judgment motions filed, even though I seem to recall, at an
16   earlier stage in the proceeding, it seemed to be me that
17   summary judgments might be productive.
18           In any event, let me ask you, Mr. Richman, some
19   questions about the safe harbor defense.  The first aspect is
20   that you have to a service provider; I think it's obvious you
21   that, so you satisfy that.  The second element, that the
22   infringement occurred by reason of the storage at the direction
23   of a user; I think you satisfy that element.  The third is that
24   you have actual knowledge.  My inclination is to think that
25   there's no evidence that you had actual knowledge, and

1    especially in light of the submission that I directed on Monday
2    that there are no copyright indicia on the films or watermarks,
3    so you satisfy that.  There is authority that actual knowledge
4    cannot be found merely because a service provider has general
5    knowledge, that its services could be used to post infringing
6    material, so that doesn't appear to be something that will be
7    litigated.  The next element is whether the infringer was aware
8    of facts or circumstances that indicated from which the
9    infringing activity is apparent, and there I think you would
10   satisfy that that because there were no -- again, there were no
11   marks or indicia on the infringing material.  Did you receive a
12   financial benefit directly attributable to the claimed
13   infringement?  There I have some questions.
14            Is the -- and I'm not accepting this at this moment
15   at face value, but at least I want to understand your position.
16   Does the defendant, Motherless, charge a flat fee for access to
17   its site, or is its revenue based solely upon advertising
18   revenue?
19            MR. RICHMAN:  It is both.
20            THE COURT:  Both.
21            MR. RICHMAN:  But the flat fee is not mandatory, it's
22   discretionary.
23            THE COURT:  What do you mean?
24            MR. RICHMAN:  What I mean is, is that there are --
25   you can be a member of the website, or you can be a nonmember.

```
 1   Only members pay a flat fee.
 2             THE COURT:  What's the advantage of -- why would I
 3   want to be a member if I can access the website without being a
 4   member?
 5             MR. RICHMAN:  There's two advantages that I can think
 6   of off the top of my head.  The first is that as your level of
 7   memberships increases -- because there is also a premium
 8   membership -- you see less ad.
 9             THE COURT:  All right.
10             MR. RICHMAN:  The second benefit is that a member is
11   allowed to delete his or her own content, whereas a nonmember
12   is not.
13             THE COURT:  I see.
14             MR. RICHMAN:  Those are the two immediate ones.
15             THE COURT:  Just one moment.
16             And then the next one is whether the defendant had
17   the right and ability to control the claimed infringement.
18   This seems to be related to the knowledge requirement before --
19   as mentioned before.  And then next element is that the
20   defendant interfered with standard technical measures used by
21   copyright owners to identify or protect copyrighted works.
22             How would you answer that, or respond to that
23   element?
24             MR. RICHMAN:  My response is that there's absolutely
25   no interference whatsoever.
```

```
 1              THE COURT:  In other words, there's no program set up
 2    to present some barrier from a copyright holder to determine
 3    whether or not there is copy -- whether or not its copyrighted
 4    material is present on your site.
 5              MR. RICHMAN:  That is correct.  And, in fact, that is
 6    how Ventura found the 33 clips.  They went onto the website and
 7    searched using key words related to their films and found the
 8    clips themselves.  So I argue -- it's my position that that
 9    shows that there's -- that's an important factor showing no
10    interference.
11              THE COURT:  All right.  And last, that the defendant
12    site reasonably adopted and implemented and informed its
13    members of a policy that for -- that provides for the
14    termination in appropriate circumstances of members who are
15    repeat infringers.
16              How would you respond to that element?
17              MR. RICHMAN:  We have adopted and implemented that
18    policy.
19              THE COURT:  So having responded as you have, and as I
20    said, I am, in effect, exploring summary judgment sua sponte
21    stay, which I'm allowed to do at a pretrial hearing; the Ninth
22    Circuit has made that plain several times, most recently in the
23    case of *Norse*, N-o-r-s-e, *versus City of Santa Cruz*, 629 F.3d
24    966 at 971.  But in that light, while I have identified that
25    seems to be a ripe area for summary judgment, summary judgment
```

```
 1   hasn't been made.
 2             Given your responses, if they're accurate, it seems
 3   unlikely that the plaintiff will be able to defeat summary
 4   judgment, but on the other hand, this Norse case also teaches
 5   that I give the plaintiff an opportunity to do so.  So it seems
 6   to me that you ought to make a motion for summary judgment on
 7   the safe harbor.
 8             MR. RICHMAN:  I would love to.
 9             THE COURT:  Yeah.  I asked you that awhile ago.  So
10   what I'm going to do, since I told you I'm going to bifurcate
11   the fourth claim involving that estate claim, and I'm going to
12   give you -- I'll give you ten days to make a summary judgment
13   motion.  I'll vacate the trial date for next week.
14             Set up a hearing date.
15             THE CLERK:  Yes, Your Honor.
16             THE COURT:  Yes.
17             THE CLERK:  Filing of the motion will be November 13;
18   the opposition will be November 20th; the reply will be
19   November 27th; with a hearing on December 10th at 1:30.
20             THE COURT:  And let me request that the plaintiff
21   consider what was just said, because there's no point in
22   litigating a summary judgment that is not at issue.  I am going
23   to issue an order which informs the party of some of my
24   thinking on the legal issues, with the authority.  I'm not
25   going to get into it in any great depth now.  Consider what
```

```
 1  I've said.  If you think I'm wrong, then by all means challenge
 2  me and pursue it, but if there's nothing there, then pursue
 3  your state claim somewhere else.
 4          And I'm going to try and get this out to you in the
 5  next day or two.  There's no point in hearing from you now.
 6  That's why I'm giving you an opportunity.
 7          My thinking may be helpful to you also -- not
 8  necessarily helpful to your cause, to your motion, but at least
 9  giving you some preview of some of the authorities that we've
10  looked at in the last couple of days.  So that's the way things
11  will stand.  Thank you.
12          MR. AFRASIABIA:  Your Honor, can I get one
13  clarification on the state law claim?
14          THE COURT:  Yes.
15          MR. AFRASIABIA:  Is the court saying that the state
16  law claim needs to be pursued somewhere else, regardless of the
17  outcome of the copyright claim?
18          THE COURT:  First of all, I intend to bifurcate the
19  state claim, so even if the summary judgment is not granted and
20  for some reason there's an aspect of the safe harbor defense --
21  because I've already found you made a prima facie direct
22  copyright case -- if that goes forward -- it would only go
23  forward on the copyright claim and probably just a safe harbor
24  defense, which would be the defendant's burden.  Having
25  bifurcated the fourth claim, undoubtedly, in my view, since
```

1  that fourth claim is not substantially related to the three
2  claims that are a -- federal question claims, I wouldn't
3  exercise supplemental jurisdiction.  So if that helps your
4  thinking, that's the thinking.
5          MR. AFRASIABIA:  It does.  And the order that you
6  issue, is it going to say that you are choosing not to exercise
7  supplemental jurisdiction?
8          THE COURT:  Yes, yes.  Thank you.
9          MR. AFRASIABIA:  Thank you, Your Honor.
10         MR. RICHMAN:  Thank you, Your Honor.
11             (Proceedings concluded at 2:18 p.m.)
12                          - - - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                      C E R T I F I C A T E

 2

 3          I hereby certify that the foregoing is a true and

 4   correct transcript from the stenographic record of

 5   the proceedings in the foregoing matter.

 6

 7                                        October 3, 2013

 8   /S/_____    _____

 9       Deborah K. Gackle                      Date
         Official Court Reporter
10       CSR No. 7106

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## /

/S [1]  11/8

## 0

0283 [1]  2/19

## 1

10 [1]  4/2
10880 [1]  2/17
10th [1]  8/19
11-5912-SVW [2]  1/9 3/4
1100 [1]  2/8
1149 [1]  1/25
13 [1]  8/17
1700 [1]  2/17
1:30 [1]  8/19

## 2

2009 [1]  2/18
2012 [2]  1/17 3/1
2013 [1]  11/7
20th [1]  8/18
213 [1]  1/25
27th [1]  8/19
2870 [1]  2/9
2:00 P.M [1]  3/1
2:18 [1]  10/11

## 3

310-551-0283 [1]  2/19
310-557-2009 [1]  2/18
312 [1]  1/24
33 [1]  7/6

## 4

4000 [1]  2/8
402A [1]  1/24
4101 [1]  2/18

## 5

5081 [1]  2/9

## 6

620-1149 [1]  1/25
629 [1]  7/23

## 7

7106 [1]  11/10

## 9

90012 [1]  1/24
90024-4101 [1]  2/18
92660 [1]  2/8
949-258-5081 [1]  2/9
949-502-2870 [1]  2/9
966 [1]  7/24
971 [1]  7/24

## A

ability [1]  6/17
able [1]  8/3
about [2]  3/17 4/19
absolutely [1]  6/24
accepting [1]  5/14
access [2]  5/16 6/3
accurate [1]  8/2
activity [1]  5/9
actual [3]  4/24 4/25 5/3
ad [1]  6/8
adopted [2]  7/12 7/17
advantage [1]  6/2
advantages [1]  6/5
advertising [1]  5/17

Afrasiabi [2]  2/6 3/8
afternoon [2]  3/7 3/11
again [1]  5/10
ago [1]  8/9
al [2]  1/10 3/5
all [4]  6/9 7/11 9/1 9/18
allowed [2]  6/11 7/21
already [1]  9/21
also [5]  3/9 3/15 6/7 8/4 9/7
am [2]  7/20 8/22
ANGELES [4]  1/16 1/24 2/18 3/1
answer [1]  6/22
any [2]  4/18 8/25
apparent [1]  5/9
appear [1]  5/6
appearances [2]  2/1 3/6
appears [1]  3/16
appropriate [1]  7/14
are [8]  4/3 4/13 5/2 5/24 6/14 7/14 10/2 10/6
area [1]  7/25
argue [1]  7/8
arguments [1]  3/15
Arledge [2]  2/6 3/9
as [4]  6/6 6/19 7/19 7/19
ask [1]  4/18
asked [1]  8/9
aspect [2]  4/19 9/20
at [13]
attributable [1]  5/12
authorities [1]  9/9
authority [5]  3/23 3/24 3/25 5/3 8/24
aware [1]  5/7
awhile [1]  8/9

## B

barrier [1]  7/2
based [3]  3/14 3/15 5/17
be [20]
Beach [1]  2/8
because [7]  3/17 4/8 5/4 5/10 6/7 8/21 9/21
been [2]  4/14 8/1
before [2]  6/18 6/19
behalf [3]  3/8 3/9 3/12
being [1]  6/3
benefit [2]  5/12 6/10
bifurcate [2]  8/10 9/18
bifurcated [1]  9/25
both [3]  4/5 5/19 5/20
Boulevard [2]  2/8 2/17
burden [2]  4/13 9/24
but [7]  4/4 5/15 5/21 7/24 8/4 9/2 9/8

## C

CA [2]  2/8 2/18
CALIFORNIA [4]  1/2 1/16 1/24 3/1
can [5]  5/25 5/25 6/3 6/5 9/12
can't [1]  4/9
cannot [1]  5/4
case [5]  3/16 4/2 7/23 8/4 9/22
cause [1]  9/8
CENTRAL [1]  1/2
certify [1]  11/3
challenge [1]  9/1
charge [1]  5/16
choosing [1]  10/6
Chris [1]  3/9
Christopher [1]  2/6
Circuit [3]  3/24 4/2 7/22
circuits [1]  4/2
circumstances [2]  5/8 7/14
City [1]  7/23
claim [10]  8/11 8/11 9/3 9/13 9/16 9/17 9/19 9/23 9/25 10/1

claimed [2]  5/12 6/17
claims [2]  10/2 10/2
clarification [1]  9/13
clips [2]  7/6 7/8
concern [1]  4/11
concluded [1]  10/11
conference [1]  3/14
consider [2]  8/21 8/25
content [4]  1/7 3/4 3/8 6/11
contributory [3]  4/4 4/5 4/8
control [1]  6/17
copy [1]  7/3
copyright [8]  3/18 3/23 5/2 6/21 7/2 9/17 9/22 9/23
copyrighted [3]  3/23 6/21 7/3
correct [2]  7/5 11/4
could [1]  5/5
COUNSEL [2]  2/1 3/6
couple [1]  9/10
court [3]  1/1 9/15 11/9
court's [1]  3/15
Courthouse [1]  1/23
Cruz [1]  7/23
CSR [2]  1/23 11/10
CV [2]  1/9 3/4

## D

date [3]  8/13 8/14 11/9
David [2]  2/16 3/11
day [1]  9/5
days [2]  8/12 9/10
deal [1]  4/3
DEBORAH [2]  1/23 11/9
December [1]  8/19
defeat [1]  8/3
defendant [5]  2/14 5/16 6/16 6/20 7/11
defendant's [3]  4/12 4/13 9/24
defendants [3]  1/11 3/12 3/21
defense [5]  4/12 4/12 4/19 9/20 9/24
delete [1]  6/11
delve [1]  4/7
depth [1]  8/25
derivative [1]  3/22
determine [1]  7/2
Did [1]  5/11
direct [5]  3/17 3/20 4/6 4/9 9/21
directed [1]  5/1
direction [1]  4/22
directly [1]  5/12
discretionary [1]  5/22
displayed [1]  3/22
displaying [1]  4/1
disputed [1]  3/22
DISTRICT [3]  1/1 1/2 1/5
do [4]  5/23 7/21 8/5 8/10
does [2]  5/16 10/5
doesn't [1]  5/6
done [1]  3/25
drichman [1]  2/19

## E

earlier [1]  4/16
effect [1]  7/20
element [8]  3/20 4/6 4/21 4/23 5/7 6/19 6/23 7/16
else [2]  9/3 9/16
Email [2]  2/10 2/19
especially [1]  5/1
estate [1]  8/11
et [2]  1/10 3/5
etc [1]  1/10
even [2]  4/15 9/19
event [1]  4/18

**E**

evidence [1]   4/25
exercise [2]   10/3 10/6
exploring [1]   7/20

**F**

F.3d [1]   7/23
face [1]   5/15
facie [1]   9/21
fact [1]   7/5
factor [1]   7/9
factors [1]   4/13
facts [1]   5/8
Fax [2]   2/9 2/19
federal [1]   10/2
fee [3]   5/16 5/21 6/1
filed [1]   4/15
Filing [1]   8/17
films [4]   3/18 3/19 5/2 7/7
financial [1]   5/12
first [3]   4/19 6/6 9/18
flat [3]   5/16 5/21 6/1
foregoing [2]   11/3 11/5
forward [2]   9/22 9/23
found [4]   5/4 7/6 7/7 9/21
fourth [3]   8/11 9/25 10/1

**G**

GACKLE [2]   1/23 11/9
general [1]   5/4
get [3]   8/25 9/4 9/12
give [3]   8/5 8/12 8/12
Given [1]   8/2
giving [2]   9/6 9/9
go [1]   9/22
goes [1]   9/22
going [7]   8/10 8/10 8/11 8/22 8/25 9/4 10/6
Good [2]   3/7 3/11
granted [1]   9/19
great [1]   8/25

**H**

had [4]   3/13 3/18 4/25 6/16
hand [1]   8/4
harbor [6]   4/12 4/12 4/19 8/7 9/20 9/23
has [3]   3/16 5/4 7/22
hasn't [1]   8/1
have [8]   4/14 4/14 4/20 4/24 5/13 7/17 7/19 7/24
having [2]   7/19 9/24
head [1]   6/6
hearing [4]   7/21 8/14 8/19 9/5
helpful [2]   9/7 9/8
helps [1]   10/3
her [1]   6/11
here [1]   3/24
hereby [1]   11/3
his [1]   6/11
holder [2]   3/23 7/2
Honor [6]   3/7 3/11 8/15 9/12 10/9 10/10
HONORABLE [1]   1/5
how [3]   6/22 7/6 7/16

**I**

I'll [2]   8/12 8/13
I'm [9]   5/14 7/21 8/10 8/10 8/11 8/24 9/1 9/4 9/6
I've [2]   9/1 9/21
identified [1]   7/24
identify [1]   6/21
if [8]   4/8 6/3 8/2 9/1 9/2 9/19 9/22 10/3
immediate [1]   6/14
implemented [2]   7/12 7/17

important [1]   7/9
in [17]
INC [2]   1/7 1/10
inclination [1]   4/24
Incorporated [1]   3/5
increases [1]   6/7
independent [1]   3/15
indicated [1]   5/8
indicia [2]   5/2 5/11
informed [1]   7/12
informs [1]   8/23
infringement [14]
infringer [1]   5/7
infringers [1]   7/15
infringing [3]   5/5 5/9 5/11
initial [1]   3/13
intend [1]   9/18
interfered [1]   6/20
interference [2]   6/25 7/10
into [2]   4/7 8/25
involving [1]   8/11
is [35]
issue [4]   3/17 8/22 8/23 10/6
issues [1]   8/24
it [12]
it's [4]   3/24 4/20 5/21 7/8
Item [1]   3/4
its [5]   5/5 5/17 5/17 7/3 7/12

**J**

JUDGE [1]   1/5
judgment [9]   4/15 7/20 7/25 7/25 8/4 8/6 8/12 8/22 9/19
judgments [1]   4/17
jurisdiction [2]   10/3 10/7
just [3]   6/15 8/21 9/23

**K**

key [1]   7/7
knowledge [5]   4/24 4/25 5/3 5/5 6/18

**L**

last [2]   7/11 9/10
law [2]   9/13 9/16
least [2]   5/15 9/8
legal [1]   8/24
less [1]   6/8
let [2]   4/18 8/20
level [1]   6/6
light [2]   5/1 7/24
LIMITED [2]   1/7 3/5
litigated [1]   5/7
litigating [1]   8/22
litigation [1]   4/11
LLP [1]   2/7
looked [1]   9/10
LOS [4]   1/16 1/24 2/18 3/1
love [1]   8/8

**M**

MacArthur [1]   2/8
made [3]   7/22 8/1 9/21
make [2]   8/6 8/12
mandatory [1]   5/21
marks [1]   5/11
material [3]   5/6 5/11 7/4
matter [1]   11/5
may [1]   9/7
me [6]   3/16 4/16 4/18 8/6 8/20 9/2
mean [2]   5/23 5/24
means [2]   4/11 9/1
measures [1]   6/20
member [4]   5/25 6/3 6/4 6/10
members [3]   6/1 7/13 7/14

membership [1]   6/8
memberships [1]   6/7
mentioned [1]   6/19
merely [1]   5/4
might [1]   4/17
Miller [1]   2/17
minimum [1]   3/25
moment [2]   5/14 6/15
MONDAY [4]   1/17 3/1 3/14 5/1
most [1]   7/22
MOTHERLESS [4]   1/10 3/5 3/20 5/16
motion [4]   8/6 8/13 8/17 9/8
motions [1]   4/15
Mr. [1]   4/18
Mr. Richman [1]   4/18
my [7]   4/24 6/6 6/24 7/8 8/23 9/7 9/25

**N**

N-o-r-s-e [1]   7/23
necessarily [1]   9/8
needs [1]   9/16
Newport [1]   2/8
next [5]   5/7 6/16 6/19 8/13 9/5
Ninth [3]   3/24 4/2 7/21
no [14]
nonmember [2]   5/25 6/11
Norse [2]   7/23 8/4
North [1]   1/24
not [11]   5/14 5/21 6/12 7/3 7/3 8/22 8/24 9/7 9/19 10/1 10/6
nothing [1]   9/2
NOVEMBER [5]   1/17 3/1 8/17 8/18 8/19
now [3]   3/16 8/25 9/5
number [2]   4/3 4/13

**O**

obvious [1]   4/20
occurred [2]   4/6 4/22
October [1]   11/7
off [1]   6/6
Official [1]   11/9
on [13]
one [5]   2/7 4/6 6/15 6/16 9/12
onellp.com [1]   2/10
ones [1]   6/14
only [3]   3/18 6/1 9/22
onto [2]   3/19 7/6
opportunity [2]   8/5 9/6
opposition [1]   8/18
or [13]
order [2]   8/23 10/5
Oringher [1]   2/17
other [5]   3/25 4/2 4/9 7/1 8/4
ought [1]   8/6
our [1]   3/13
out [1]   9/4
outcome [1]   9/17
own [1]   6/11
owners [1]   6/21

**P**

p.m [2]   3/1 10/11
pafrasiabi [1]   2/10
party [1]   8/23
pay [1]   6/1
PC [1]   2/17
Perfect [1]   4/2
performed [1]   3/22
Peter [2]   2/6 3/7
plain [2]   3/24 7/22
plaintiff [8]   1/8 2/4 3/8 3/10 3/16 8/3 8/5 8/20
please [1]   3/6
point [2]   8/21 9/5

## P

pointless [1]  4/7
policy [2]  7/13 7/18
position [2]  5/15 7/8
post [1]  5/5
premium [1]  6/7
prepared [1]  3/21
present [2]  7/2 7/4
PRESIDING [1]  1/5
pretrial [2]  3/13 7/21
pretty [1]  3/24
preview [1]  9/9
prima [1]  9/21
probably [1]  9/23
proceeding [1]  4/16
proceedings [3]  1/15 10/11 11/5
productive [1]  4/17
program [1]  7/1
protect [1]  6/21
provider [2]  4/20 5/4
provides [1]  7/13
pursue [2]  9/2 9/2
pursued [1]  9/16

## Q

question [2]  3/18 10/2
questions [3]  4/3 4/19 5/13

## R

reason [2]  4/22 9/20
reasonably [1]  7/12
recall [1]  4/15
receive [1]  5/11
recently [1]  7/22
record [1]  11/4
regard [1]  4/5
regardless [1]  9/16
related [3]  6/18 7/7 10/1
repeat [1]  7/15
reply [1]  8/18
Reporter [1]  11/9
REPORTER'S [1]  1/15
reproduced [1]  3/21
request [1]  8/20
requirement [1]  6/18
research [1]  3/16
respect [1]  3/19
respond [2]  6/22 7/16
responded [1]  7/19
response [1]  6/24
responses [1]  8/2
revenue [2]  5/17 5/18
Richman [4]  2/16 2/17 3/12 4/18
right [3]  6/9 6/17 7/11
ripe [1]  7/25
Room [1]  1/24
RPR [1]  1/23

## S

safe [6]  4/12 4/12 4/19 8/7 9/20 9/23
said [3]  7/20 8/21 9/1
Santa [1]  7/23
satisfied [1]  4/14
satisfy [5]  3/20 4/21 4/23 5/3 5/10
say [1]  10/6
saying [1]  9/15
searched [1]  7/7
second [3]  3/20 4/21 6/10
see [2]  6/8 6/13
seem [1]  4/15
seemed [1]  4/16
seems [5]  4/7 6/18 7/25 8/2 8/5
service [2]  4/20 5/4
services [1]  5/5
set [2]  7/1 8/14
several [1]  7/22
showing [1]  7/9
shows [1]  7/9
since [2]  8/10 9/25
site [3]  5/17 7/4 7/12
so [14]
solely [1]  5/17
some [9]  3/14 3/15 4/18 5/13 7/2 8/23 9/9 9/9 9/20
something [1]  5/6
somewhere [2]  9/3 9/16
sponte [1]  7/20
Spring [1]  1/24
stage [1]  4/16
stand [1]  9/11
standard [1]  6/20
state [5]  3/6 9/3 9/13 9/15 9/19
stated [1]  3/16
STATES [2]  1/1 1/23
stay [1]  7/21
stenographic [1]  11/4
STEPHEN [1]  1/5
storage [1]  4/22
Street [1]  1/24
sua [1]  7/20
submission [1]  5/1
substantially [1]  10/1
Suite [2]  2/8 2/17
summary [10]  4/14 4/17 7/20 7/25 7/25 8/3 8/6 8/12 8/22 9/19
supplemental [2]  10/3 10/7
supported [1]  4/1
SVW [2]  1/9 3/4

## T

teaches [1]  8/4
teaching [1]  4/1
technical [1]  6/20
ten [1]  8/12
termination [1]  7/14
Thank [4]  9/11 10/8 10/9 10/10
that [65]
that's [5]  4/1 7/9 9/6 9/10 10/4
their [1]  7/7
themselves [1]  7/8
then [4]  6/16 6/19 9/1 9/2
Theodora [1]  2/17
there [17]
there's [9]  4/25 6/5 6/24 7/1 7/9 8/21 9/2 9/5 9/20
They [1]  7/6
they're [1]  8/2
things [1]  9/10
think [6]  4/20 4/23 4/24 5/9 6/5 9/1
thinking [4]  8/24 9/7 10/4 10/4
third [1]  4/23
this [6]  3/14 5/14 5/14 6/18 8/4 9/4
those [2]  4/9 6/14
though [1]  4/15
three [1]  10/1
times [1]  7/22
tocounsel.com [1]  2/19
told [1]  8/10
top [1]  6/6
Tower [1]  2/7
transcript [2]  1/15 11/4
trial [1]  8/13
true [1]  11/3
try [1]  9/4
two [3]  6/5 6/14 9/5
types [1]  4/9

## U

U.S [1]  1/5
understand [1]  5/15
undoubtedly [1]  9/25
UNITED [2]  1/1 1/23
unlikely [1]  8/3
up [2]  7/1 8/14
uploading [1]  3/19
upon [3]  3/14 3/15 5/17
used [2]  5/5 6/20
user [1]  4/23
using [1]  7/7

## V

vacate [1]  8/13
value [1]  5/15
VENTURA [4]  1/7 3/4 3/8 7/6
versus [2]  3/5 7/23
vicarious [4]  4/4 4/5 4/7 4/8
view [1]  9/25

## W

want [2]  5/15 6/3
was [5]  3/19 3/25 3/25 5/7 8/21
watermarks [1]  5/2
way [1]  9/10
we [2]  3/13 7/17
we've [1]  9/9
website [4]  3/20 5/25 6/3 7/6
week [2]  3/14 8/13
went [1]  7/6
were [2]  5/10 5/10
West [1]  2/7
what [6]  3/25 5/23 5/24 8/10 8/21 8/25
What's [1]  6/2
whatsoever [1]  6/25
When [1]  3/13
whereas [1]  6/11
whether [5]  3/19 5/7 6/16 7/3 7/3
which [4]  5/8 7/21 8/23 9/24
while [1]  7/24
who [1]  7/14
why [2]  6/2 9/6
will [7]  4/11 5/6 8/3 8/17 8/18 8/18 9/11
Wilshire [1]  2/17
WILSON [1]  1/5
without [2]  3/23 6/3
words [2]  7/1 7/7
work [1]  3/23
works [3]  3/22 4/1 6/21
would [8]  3/20 5/9 6/2 6/22 7/16 8/8 9/22 9/24
wouldn't [1]  10/2
wrong [1]  9/1

## Y

Yeah [1]  8/9
yes [5]  8/15 8/16 9/14 10/8 10/8
you [35]
your [15]